UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MELISSA KIRIACOPOULOS, CRAIG JOHNSON, BEVERLY TREVETHAN, SARAH BURNS, GERALYN DARR, STEVE FIENE, and THOMAS GRAHAM, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GENERAL MOTORS LLC, a Delaware Limited Liability Company,

Defendant.

No.

## INDEX OF EXHIBITS

| Exhibit No. | Description |
|---|---|
| 1 | GM Service Bulletin No. 14882: Special Coverage Service Bulletin: Special Coverage Adjustment – Plugged PCV Orifice in Intake Manifold - March 2015 |
| 2 | GMC Vehicle Warranty and Protection Plans |
| 3 | "The Basics of Positive Crankcase Ventilation (PCV)" |
| 4 | "The Role of the Positive Crankcase Ventilation Valve (PCV)" |
| 5 | NHTSA ID No. 11324582, May 14, 2020 |
| 6 | NHTSA ID No. 11447241, January 12, 2022 |
| 7 | NHTSA ID No. 11450711, February 7, 2022 |
| 8 | NHTSA ID No. 11450781, February 7, 2022 |
| 9 | GM Service Bulletin No. 85-98, June 5, 1985 |

011080-11/1858898 V1

| EXHIBIT NO. | DESCRIPTION |
| --- | --- |
| 10 | GM Service Bulletin No. 37-65-18, Jan. 28, 1994 |
| 11 | GM Service Bulletin No. 03-06-01-008, March 2003 |
| 12 | GM Service Bulletin No. PIP3343, February 24, 2005 |
| 13 | GM Service Bulletin No. PIP5093, February 2013 |
| 14 | GM Service Bulletin No. PIP5093A, January 2014 |
| 15 | GM Service Bulletin No. PIP3343D, March 2014 |
| 16 | GMC Marketing Materials for 2016 GMC Terrain |
| 17 | GM Service Bulletin No. PIP5093B, January 22, 2016 |
| 18 | GM Service Bulletin No. PIP5093C |
| 19 | One of the 'Real People' From That Chevy Commercial Speaks Out, The Huffington Post, May 23, 2017 |
| 20 | Real People, Not Actors, See the Real Chevrolet, March 30, 2015, |
| 21 | 2016 Chevrolet Equinox TV spot, "Awards" |
| 22 | GM Service Bulletin No. 19-NA-021, February 2019 |
| 23 | GM Website - Meet the People Behind Periscope Safety |
| 24 | GM Paving Way to Smarter and Safer Driving at All-New Active Safety Test Area, July 24, 2015 |
| 25 | 2014 GM Website – Quality and Safety |
| 26 | NHTSA No. 10561051, January 22, 2014 |
| 27 | NHTSA No. 11185798, March 11, 2019 |
| 28 | NHTSA ID No. 11315914, March 3, 2020 |
| 29 | NHTSA ID No. 11385228, December 28, 2020 |
| 30 | NHTSA ID No. 11390644, January 29, 2021 |
| 31 | NHTSA ID No. 11395616, February 10, 2021 |
| 32 | NHTSA ID No. 11395563, February 10, 2021 |
| 33 | NHTSA ID No. 11398477, March 1, 2021 |
| 34 | NHTSA ID No. 11398407, March 1, 2021 |

011080-11/1858898 V1

| Exhibit No. | Description |
|---|---|
| 35 | NHTSA ID No. 11399297, March 5, 2021 |
| 36 | NHTSA ID No. 11413876, April 25, 2021 |
| 37 | NHTSA ID No. 11446581, January 7, 2022 |
| 38 | NHTSA ID No. 11446854, January 10, 2022 |
| 39 | NHTSA ID No. 11449939, January 17, 2022 |
| 40 | NHTSA ID No. 11448339, January 21, 2022 |
| 41 | NHTSA ID No. 11448647, January 24, 2022 |
| 42 | NHTSA ID No. 11448634, January 24, 2022 |
| 43 | NHTSA ID No. 11450954, February 8, 2022 |
| 44 | NHTSA ID No. 11450934, February 8, 2022 |
| 45 | December 12, 2019 post by ThreeNox |
| 46 | January 31, 2019 post by Adam T., Sebring, Ohio |
| 47 | January 22, 2020 post by John Eliuk |
| 48 | Technical Service Bulletin 13-06-01-003E, "Excessive Oil Consumption – Perform Oil Consumption Test and/or Install Piston and Piston Ring Kit," April 2014 |
| 49 | Jan. 27, 2021 post by jtall |
| 50 | "Crankcase (pcv) problem of the 2016 GMC Terrain," failure date 2/14/21 |
| 51 | March 12, 2021 post by Dewalt |
| 52 | "Crankcase (pcv) problem of the 2016 Chevrolet Equinox, Failure date 1/11/22 |
| 53 | Wikipedia GMC Terrain |
| 54 | Wikipedia Chevrolet Equinox |
| 55 | GM Crossover Sales Surge Driving Retail Share Higher |
| 56 | GM Providing Ease for Aging Drivers, May 14, 2014 |
| 57 | 2012 GM Annual Report |