# Exhibit 1

Bulletin No.:   14882
Date:    March 2015



# Service Bulletin

# SPECIAL COVERAGE

**SUBJECT:**   **Special Coverage Adjustment – Plugged PCV Orifice in Intake Manifold**

**MODELS:**   **2010-2013 Buick LaCrosse**
**2011-2013 Buick Regal**
**2012-2013 Buick Verano**
**2011-2013 Chevrolet Captiva**
**2010-2014 Chevrolet Equinox**
**2013 Chevrolet Malibu**
**2012-2013 Chevrolet Orlando**
**2010-2013 GMC Terrain**
**Equipped with 2.4L Ecotec Engine (LAF, LEA or LUK)**

CONDITION

**Certain** 2010-2013 Buick LaCrosse; 2011-2013 Buick Regal; 2012-2013 Buick Verano; 2011-2013 Chevrolet Captiva; 2010-2014 Chevrolet Equinox; 2013 Chevrolet Malibu; 2012-2013 Chevrolet Orlando; 2010-2013 GMC Terrain vehicles equipped with a 2.4L engine (LAF, LEA or LUK) that have experienced high oil consumption may also experience a frozen and/or plugged PCV (positive crankcase ventilation) system during cold weather operation.  This condition may increase crankcase pressure leading to a rear crankshaft seal oil leak.  If the oil leak is ignored or not noticed, an engine clatter noise may be noticeable and/or the engine pressure warning light may illuminate.  If this condition is not corrected, continued driving with engine noise and/or the engine oil pressure light illuminated may damage the engine.

SPECIAL COVERAGE ADJUSTMENT

This special coverage covers the condition described above for a period of 10 years or 120,000 miles (193,000 km), whichever occurs first, from the date the vehicle was originally placed in service, regardless of ownership.

Dealers are to perform a crankcase pressure check, and if required, remove the intake manifold and clear the PCV orifice.  The repairs will be made at no charge to the customer.

For vehicles covered by Vehicle Service Contracts, all eligible claims with repair orders on or after March 4, 2015, are covered by this special coverage and must be submitted using the labor operation codes provided with this bulletin.  Claims with repair orders prior to March 4, 2015, must be submitted to the Service Contract provider.

Copyright 2015 General Motors.  All Rights Reserved.

## VEHICLES INVOLVED

All involved vehicles are identified by Vehicle Identification Number on the Applicable Warranties section in GM Global Warranty Management system.  Dealership service personnel should always check this site to confirm vehicle involvement prior to beginning any required inspections and/or repairs.  It is important to routinely use this tool to verify eligibility because not all similar vehicles may be involved regardless of description or option content.

## PART INFORMATION

Parts required to complete this special coverage are to be obtained from General Motors Customer Care and Aftersales (GMCCA).

**Note:** Use the vehicle identification number (VIN), SI and the GM Electronic Parts Catalog to determine which parts to order. The Crankshaft Rear Oil Seal Replacement procedure in SI states what parts are required to complete the repair. For example, gaskets, one-time use fasteners, and fluids.

| Part Number | Description | Quantity/Vehicle |
|---|---|---|
| 12591866 | Crankshaft Rear Oil Seal | 1 |

## SERVICE PROCEDURE

**Crankshaft Rear Oil Seal Replacement**

Determine if the crankshaft rear oil seal requires replacement.

- If the crankshaft rear oil seal does NOT require replacement, no further action is required. This bulletin provides coverage for replacing the crankshaft rear oil seal, performing a positive crankcase ventilation (PCV) pressure test and, if necessary, unplugging the PCV system.

- If the crankshaft rear oil seal requires replacement, Refer to *Crankshaft Rear Oil Seal Replacement* in SI. Proceed to *Positive Crankcase Ventilation (PCV) Pressure Test* in this bulletin AFTER replacing the crankshaft rear oil seal replacement.

**Positive Crankcase Ventilation (PCV) Pressure Test**

***Special Tools***

EN 23951 Valve Manometer

**2.4L Ecotec Engine -- LAF, LEA, LUK**



4078380

1. Disconnect positive crankcase ventilation (PCV) hose at the air box (1).

2. Install EN 23951 valve manometer into fresh air line.

3. Start the vehicle and let the vehicle idle. Observe if there is positive or negative pressure on the manometer gauge.

**Note:** With a properly operating PCV system and the manometer installed, there may be a whistle noise coming from the front or rear of the engine when the engine RPM is raised. This is normal when the vacuum in the engine is increased. The front /rear seal will open up and let air pass, which produces the whistle noise.

4. Increase engine RPM to 1500 RPM for 2-3 seconds. Determine if there is positive or negative pressure on the manometer gauge.

   - If the manometer gauge indicates zero or positive pressure when the engine RPM is raised, the PCV port in the intake manifold needs to be unplugged. Proceed to step 5.

   - If the manometer gauge indicates negative pressure, the PCV system is NOT clogged. Reinstall the positive crankcase ventilation (PCV) hose at the air box (1). No further action is required.

5. Remove the intake manifold. Refer to *Intake Manifold Replacement* in SI.



3704956



3704955

6. Clean ice, sludge, water, and carbon out of the PCV pipes, hoses, the PCV nipple on the cam cover, the PCV orifice between the number 2 and number 3 intake runners, PCV orifice (1) in the cylinder head (use a 1/16 in drill bit as shown in photograph) and the throttle body. Refer to photographs. Also inspect the related PCV hoses and connections for potential damage.

7. Install the intake manifold. Refer to *Intake Manifold Replacement* in SI.

CUSTOMER REIMBURSEMENT - For US

Customer requests for reimbursement of previously paid repairs to correct the condition described in this bulletin are to be submitted to the dealer by March 31, 2016, unless otherwise specified by state law.  If this is not convenient for the customer, they may mail the completed Customer Reimbursement Request Form and all required documents to the GM Customer Assistance Center. Repairs must have occurred within the 10 years of the date the vehicle was originally placed in service, or 120,000 miles, whichever occurs first.

**All reasonable and customary costs to correct the condition described in this bulletin should be considered for reimbursement.  Any questions or concerns should be reviewed with your GM representative prior to processing the request.**

When a customer requests reimbursement, they must provide the following:

- A completed Customer Reimbursement Request Form. This form is mailed to the customer or can be obtained through GM GlobalConnect.
- The name and address of the person who paid for the repair.
- Paid receipt confirming the amount of the repair expense, a description of the repair, and the person or entity performing the repair.

**IMPORTANT:**  GM requires dealers to approve or deny a reimbursement request within 30 days of receipt.  If a reimbursement request is approved, the dealer should immediately issue a check to the customer and submit an appropriate warranty transaction for the incurred expense.  If a reimbursement request is denied, the dealer <u>MUST</u> provide the customer with a clear and concise explanation, in writing, as to why the request was denied.  The bottom portion of the Customer Reimbursement Request Form may be used for this purpose.  If the denial was due to missing documents, the customer can resubmit the request when the missing documents are obtained, as long as it is still within the allowed reimbursement period.

Warranty transactions for customer reimbursement of previously paid repairs are to be submitted as required by GM Global Warranty Management.  Additional information can also be found in Warranty Administration Bulletin 11-00-89-004.

<u>CUSTOMER REIMBURSEMENT</u> - For Canada and Export

Customer requests for reimbursement of previously paid repairs to correct the condition described in this bulletin are to be submitted to the dealer prior to or by March 31, 2016.  Repairs must have occurred within the 10 years of the date the vehicle was originally placed in service, or 193,000 kilometers, whichever occurs first.

When a customer requests reimbursement, they must provide the following:

- Proof of ownership at time of repair.
- Original paid receipt confirming the amount of unreimbursed repair expense(s) (including Service Contract deductibles), a description of the repair, and the person or entity performing the repair.

All reasonable and customary costs to correct the condition described in this bulletin should be considered for reimbursement.  Any questions or concerns should be reviewed with your GM representative prior to processing the request.

<u>COURTESY TRANSPORTATION</u> – For US and Canada

The General Motors Courtesy Transportation program is intended to minimize customer inconvenience when a vehicle requires a repair that is covered by the New Vehicle Limited Warranties.  The availability of courtesy transportation to customers whose vehicles are within the warranty coverage period and involved in a product program is very important in maintaining customer satisfaction.  Dealers are to ensure that these customers understand that shuttle service or some other form of courtesy transportation is available and will be provided at no charge.  Dealers should refer to the General Motors Service Policies and Procedures Manual for Courtesy Transportation guidelines.

WARRANTY TRANSACTION INFORMATION

Submit a transaction using the appropriate table below.  All transactions should be submitted as a ZREG transaction type, unless noted otherwise.

**Note:** To avoid having to "H" route the customer reimbursement transaction for approval, it must be submitted prior to the repair transaction.

**Note:** For reimbursements on vehicles covered under warranty, refer to the Policies and Procedures Manual.

| For Use With Vehicles <u>Still Covered</u> Under Applicable New Vehicle Limited Warranties | | | |
|---|---|---|---|
| **Labor Code** | **Description** | **Labor Time** | **Net Item** |
| 4069919 | Inspect for Crankshaft Rear Oil Seal Leak Only – No Further Action Required | 0.3 | N/A |
| 4080848 | Rear Oil Seal Replacement and PCV Test | | N/A |
| | Buick Lacrosse | 8.4 | |
| | Add:  Unplug/Clean PCV | 1.7 | |
| | Buick Regal – LAF, LEA | 8.4 | |
| | LUK | 9.1 | |
| | Add:  Unplug/Clean PCV | 2.2 | |
| | Buick Verano | 7.3 | |
| | Add:  Unplug/Clean PCV | 1.4 | |
| | Chevrolet Captiva | 6.9 | |
| | Add:  Unplug/Clean PCV | 2.1 | |
| | Chevrolet Equinox, GMC Terrain FWD | 7.5 | |
| | AWD | 8.5 | |
| | Add:  Unplug/Clean PCV | 1.8 | |
| | Chevrolet Malibu – LAF, LEA | 8.4 | |
| | LUK | 9.1 | |
| | Add:  Unplug/Clean PCV | 2.2 | |
| | Chevrolet Orlando | 7.8 | |
| | Add:  Unplug/Clean PCV | 1.4 | |
| 9900138 | Customer Reimbursement Approved | 0.2 | * |
| 9900139 | Customer Reimbursement Denied - For US dealers only | 0.1 | N/A |

*The amount identified in "Net Item" should represent the dollar amount reimbursed to the customer.

| For Use With Vehicles <u>No Longer</u> Covered Under Applicable New Vehicle Limited Warranties | | | |
|---|---|---|---|
| Labor Code | Description | Labor Time | Net Item |
| 9900136 | Inspect for Crankshaft Rear Oil Seal Leak Only – No Further Action Required | 0.3 | N/A |
| 9900137 | Rear Oil Seal Replacement and PCV Test | | N/A |
| | Buick Lacrosse | 8.4 | |
| | Add:  Unplug/Clean PCV | 1.7 | |
| | Buick Regal – LAF, LEA | 8.4 | |
| | LUK | 9.1 | |
| | Add:  Unplug/Clean PCV | 2.2 | |
| | Buick Verano | 7.3 | |
| | Add:  Unplug/Clean PCV | 1.4 | |
| | Chevrolet Captiva | 6.9 | |
| | Add:  Unplug/Clean PCV | 2.1 | |
| | Chevrolet Equinox, GMC Terrain FWD | 7.5 | |
| | AWD | 8.5 | |
| | Add:  Unplug/Clean PCV | 1.8 | |
| | Chevrolet Malibu – LAF, LEA | 8.4 | |
| | LUK | 9.1 | |
| | Add:  Unplug/Clean PCV | 2.2 | |
| | Chevrolet Orlando | 7.8 | |
| | Add:  Unplug/Clean PCV | 1.4 | |
| 9900138 | Customer Reimbursement Approved | 0.2 | * |
| 9900139 | Customer Reimbursement Denied - For US dealers only | 0.1 | N/A |

*The amount identified in "Net Item" should represent the dollar amount reimbursed to the customer.

<u>CUSTOMER NOTIFICATION</u>

General Motors will notify customers of this special coverage on their vehicles (see copy of typical customer letter included with this bulletin - actual divisional letter may vary slightly).

GM bulletins are intended for use by professional technicians, NOT a "<u>do-it-yourselfer</u>".  They are written to inform these technicians of conditions that may occur on some vehicles, or to provide information that could assist in the proper service of a vehicle.  Properly trained technicians have the tools, equipment, safety instructions, and know-how to do a job properly and safely. If a condition is described, <u>DO NOT</u> assume that the bulletin applies to your vehicle, or that your vehicle will have that condition.  See your dealer/retailer for information on whether your vehicle may benefit from the information.

**We Support Voluntary Technician Certification**

March 2015

This notice applies to your vehicle, **VIN: _____**

Dear General Motors Customer:

As the owner of a 2010-2013 Buick LaCrosse; 2011-2013 Buick Regal; 2012-2013 Buick Verano; 2011-2013 Chevrolet Captiva; 2010-2014 Chevrolet Equinox; 2013 Chevrolet Mailbu; 2012-2013 Chevrolet Orlando; or 2010-2013 GMC Terrain equipped with a 2.4L Ecotec Engine, your satisfaction with our product is very important to us.

This letter is intended to make you aware that some 2010-2013 Buick LaCrosse; 2011-2013 Buick Regal; 2012-2013 Buick Verano; 2011-2013 Chevrolet Captiva; 2010-2014 Chevrolet Equinox; 2013 Chevrolet Mailbu; 2012-2013 Chevrolet Orlando; or 2010-2013 GMC Terrain vehicles equipped with a 2.4L engine that may have experienced high oil consumption may also experience a frozen and/or plugged PCV (positive crankcase ventilation) system during cold weather operation.  This condition may increase crankcase pressure leading to a rear crankshaft seal oil leak.  If the oil leak is ignored or not noticed, an engine clatter noise may be noticeable and/or the engine pressure warning light may illuminate.  If this condition is not corrected, continued driving with engine noise and/or the engine oil pressure light illuminated may damage the engine.

**Do not take your vehicle to your GM dealer as a result of this letter unless you believe that your vehicle has the condition as described above.**

**What We Have Done:**  General Motors is providing owners with additional protection for the condition described above.  If this condition occurs on your vehicle within 10 years of the date your vehicle was originally placed in service or 120,000 miles (193,000 km), whichever occurs first, the condition will be repaired for you at **no charge**.  Diagnosis or repair for conditions other than the condition described above is not covered under this special coverage program.

**What You Should Do:**  If you believe that your vehicle has the condition described above, repairs and adjustments qualifying under this special coverage must be performed by a General Motors dealer.  You may want to contact your GM dealer to find out how long they will need to have your vehicle so that you may schedule the appointment at a time that is convenient for you.  This will also allow your dealer to order parts if they are not already in stock.  Keep this letter with your other important glove box literature for future reference.

**Reimbursement:**  If you have paid for repairs for the condition described in this letter, please complete the enclosed reimbursement form and present it to your dealer with all required documents.  Working with your dealer will expedite your request, however, if this is not convenient, you may mail the completed reimbursement form and all required documents to Reimbursement Department, PO Box 33170, Detroit, MI 48232-5170.  The completed form and required documents must be presented to your dealer or received by the Reimbursement Department by March 31, 2016, unless state law specifies a longer reimbursement period.

Case 2:22-cv-10785-MAG-EAS   ECF No. 1-2, PageID.177   Filed 04/12/22   Page 10 of 10

If you have any questions or need any assistance, just contact your dealer or the appropriate Customer Assistance Center at the number listed below.

| Division | Number | Text Telephones (TTY) |
|---|---|---|
| Buick | 1-800-521-7300 | 1-800-832-8425 |
| Chevrolet | 1-800-222-1020 | 1-800-833-2438 |
| GMC | 1-800-462-8782 | 1-888-889-2438 |
| Guam | 65-6267-1752 | |
| Puerto Rico – English | 1-800-496-9992 | |
| Puerto Rico – Español | 1-800-496-9993 | |
| Virgin Islands | 1-800-496-9994 | |

We are sorry for any inconvenience you may experience; however, we have taken this action in the interest of your continued satisfaction with our products.

Alicia S. Boler-Davis
Sr. Vice President
Global Connected Customer Experience

Enclosure
GM Program Number 14882