# Exhibit 2



GMC OWNERS | VEHICLE WARRANTY AND PROTECTION PLANS

# GMC VEHICLE WARRANTY AND PROTECTION PLANS

Whether you already own a GMC vehicle or are shopping for your first one, your confidence and peace of mind is our priority. Explore warranty details such as coverage and benefits designed to help protect you from unexpected repair costs, and give premium satisfaction with the GMC lineup.

All GMC vehicles are designed, engineered and built to Professional Grade standards. In addition to limited warranties, GMC offers a variety of protection plans to help your vehicle maintain its peak performance.

## BUMPER-TO-BUMPER AND POWERTRAIN COVERAGE
## TECHS TRAINED SPECIFICALLY ON YOUR VEHICLE

## THOUSANDS OF DEALERS TO HANDLE REPAIRS
## FULLY TRANSFERABLE TO NEW OWNERS

## ALREADY A GMC OWNER?

View your vehicle's limited warranty status and see whether its warranty coverage still applies.

SIGN IN OR SIGN UP

# NEW VEHICLE WARRANTIES

BUMPER-TO-BUMPER LIMITED WARRANTY

POWERTRAIN LIMITED WARRANTY



Covers the components below for repairs, including parts and labor, due to defects in materials and/or workmanship for the duration of the warranty. Typical powertrain warranties last for 5 years or 60,000 miles, whichever comes first, but other durations are available.

Covered components include:

- Engine — Components such as engine block, cylinder head, manifolds, timing gears, oil pump, all internally lubricated parts, seals, gaskets and internal electrical components
- Transmission/Transaxle and Transfer Case (if equipped) — Components such as the case, all internally lubricated parts, mounts, seals, gaskets and internal electrical components
- Drive Systems — Components such as propeller shafts, universal joints, constant-velocity joints, axle shafts, bearings, final-drive housings and all internally lubricated parts

**What is not covered**

Components such as:

- Sensors
- Wiring
- Connectors
- Radiator
- Hoses
- Coolant
- Cooling lines

Go here for a full list of what is and what is not covered.

EMISSIONS CONTROL SYSTEM WARRANTY

ROADSIDE ASSISTANCE

COURTESY TRANSPORTATION



CORROSION PROTECTION

RUST-THROUGH PROTECTION

FIRST MAINTENANCE VISIT

## HOW TO OBTAIN A LIMITED WARRANTY REPAIR

- Warranty work needs to be completed by a GM dealer
- Work done at independent shops may not be eligible for reimbursement
- The vehicle needs to be diagnosed by a GM dealer first before they can determine if the warranty will cover the repair
- There may be a diagnosis fee, which is reimbursed if the repair is determined to be covered by the dealer's warranty (otherwise, diagnosis fees are not refundable)
- The dealer will discuss the next steps for the repair (whether parts need to be ordered, expected timing, etc.)
- Rental/loaner cars vary by dealer — the dealer will discuss availability and options
- **NOTE:** Recall work is always covered at no charge if completed at a GM dealer

## ADDITIONAL PLANS

At the time of vehicle purchase or lease, additional plans are available that may go above and beyond the warranties that come with the vehicle.

- [Protection Plans](#) — Provides additional protection on top of the manufacturer's limited warranty
- [Prepaid Maintenance](#) — Covers scheduled oil and filter changes and tire rotations during the coverage period
- [Tire and Wheel Protection](#) — Covers tire repair/replacement. Select plans also cover wheel damage and roadside assistance

## MORE WARRANTY INFORMATION





**VIEW WARRANTY STATUS**



**LOCATE A DEALER**



**VIEW WARRANTY MANUAL**

# RELATED LINKS AND RESOURCES

## Protection Plans

Provide additional protection on top of the manufacturer's limited warranty.

## Pre-Paid Maintenance

Covers scheduled oil and filter changes and tire rotations during the coverage period.

## Tire and Wheel Protection

Covers tire repair/replacement. Select plans also cover wheel damage and include roadside assistance.

## Certified Pre-Owned (CPO) Warranty

Certified Pre-Owned vehicles must pass an extensive inspection to be certified. Once certified, they include a limited warranty that activates at the time of purchase/lease.

## Parts Warranties

Included with Genuine GM Parts.

## Recalls

Check if your vehicle has an open recall..

# Q&As

If I sell my car, does the new vehicle limited warranty transfer to the new owner?

Is there anything that will void my warranty?

Are GM Accessories covered under my vehicle's warranty?

If I have a service issue that I think is covered under warranty, what do I need to do?



What if a warranty concern is not handled to my satisfaction?

## SHOPPING NEXT STEPS

BUILD & PRICE

CURRENT OFFERS

LOCATE A DEALER

1. Roadside Assistance is covered during limited warranty period.

