# Exhibit 5

Safety Issue Type: Complaints

May 14 2020   NHTSA ID Number: 11324582

Components: ENGINE, VISIBILITY/WIPER

NHTSA ID Number   11324582

Incident Date   January 01 2019

Consumer Location   BANGOR, MI

Vehicle Identification Number   2GNFLEEK5H6******

## Complaint Summary

| | |
|---|---|
| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

2018 MY 2017 EQUINOX ENGINE DIED IN THE MIDDLE OF THE ROAD I'M COMING TRAFFIC BOTH WAYS START A BACKUP STARTED MAKING KNOCKING NOISES NO OIL LIGHT CAME ON JOIN US FOR THE [XXX]FRONT YARD UP TO GM IN GRAND RAPIDS WHERE I BOUGHT THE VEHICLE THEY SAID THE REAR MAIN SEAL WAS BAD LOOK AT THE [XXX] IN GMC AFTER ALL THIS FIGHTING WITH GM MANY TIMES THEY STATED THAT IT WAS DUE TO THE PVC SYSTEM THAT THE REAR MAIN SEAL WAS OUT I HAD TO HAVE THE CAR TOWED BECAUSE I WAS OUT OF WARRANTY NO ONE WOULD HELP ME SO I HAVE A THIRTY SOMETHING $33000 THAT I COULDN'T DRIVE LOST BOTH OF MY JOBS DUE TO THE 2.4 L HAVING THE SAME ISSUES AS PRIOR-YEAR EQUINOXES AND THEN TRAINS. THEN PASSENGER WIPER ARM STOP WORKING IN WITH STRIPPED AS WELL. INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6).  *TR

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
|---|---|---|
| CHEVROLET | EQUINOX | 2017 |