# Exhibit 6

Safety Issue Type: Complaints

January 12 2022   NHTSA ID Number: 11447241

Components: ENGINE

NHTSA ID Number   11447241

Incident Date   January 07 2022

Consumer Location   Unknown

Vehicle Identification Number   2gnalcekxh6******

## Complaint Summary

| | |
|---|---|
| CRASH No | So I was driving home from work which is a 28 minute drive, when I was almost 2 miles away from home the car started to make a funny noise and it started to smell like gas inside from the vents. When I turned off a major street the the car slowed completely down without any warning on the dashboard and luckily I was right in front of a autoshop so I hurried up and pulled in. As soon as I pulled in, the car started to get smoky in the inside so I hurry up and jump out wasn't sure if the car was going to start a fire. When I go inside the shop it was a lady with the same car as mine but just gold and she was complaining that oil was pouring out. The owner of the shop asked me what's wrong because I was a little distraught and I told him my car just slowed down and start smoking inside of the car. He said what ok ill take it right in to see what's wrong. 10 mins later he comes out with a video on his phone showing oil leaking all around the the engine, Trans and front of the car all the way to the muffler. He said this is common with these Equinox with the 4 cylinder engine, the rear main seal did not hold and all the oil leaked out. I bust out crying, I didn't even make it to 3yrs yet and still owe 12,000 on the car. I keep up with oil changes and the car never said I was low on oil I checked, it showed 40%. The owner say calm down we can call the dealership to see if they have a recall. So we call they knew exactly what the problem was and ask how many miles I had and he say sorry your your 2,000 miles over your warranty, I'm sorry I can't do anything for you. The owner of the shop say sorry I see this all the time with these Equinox and its ridiculous we just found out the gold one have the exact same issue. I'm writing to you because I did some research and this is a common issue with this model. I seen a lot of the rear main seal fail when the temperature drop and the water build up where the cover of the engine is and freeze inside and the seal don't hold. |
| FIRE No | |
| INJURIES 0 | |
| DEATHS 0 | |

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
|---|---|---|
| CHEVROLET | EQUINOX | 2017 |