# Exhibit 7

Safety Issue Type: Complaints

February 07 2022   NHTSA ID Number: 11450711

Components: POWER TRAIN

NHTSA ID Number   11450711

Incident Date   January 08 2022

Consumer Location   OAK LAWN, IL

Vehicle Identification Number   2gkalnek9h6******

## Complaint Summary

CRASH   No
FIRE   No
INJURIES   0
DEATHS   0

While driving on the highway with my child, vehicle suddenly went into reduced power mode. 5 minutes later after exiting the highway, the low oil pressure Alert came on. The vehicle was parked two minutes later then towed home. After towing it to my local certified dealership, it was determined the pcv was clogged with ice resulting in a blown rear main seal. There was a recall for a defect in earlier terrains for this same issue (See SB 14882). Currently GM will not cover repair costs under this specific recall despite this vehicle apparently having the same 2.4L Ecotek engine. Apparently this a known cold weather issue for this vehicle.

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| GMC | TERRAIN | 2017 |