# Exhibit 8

Safety Issue Type: Complaints

February 07 2022   NHTSA ID Number: 11450781

Components: ENGINE

NHTSA ID Number   11450781

Incident Date   January 22 2022

Consumer Location   TOLEDO, OH

Vehicle Identification Number   2GNFLEEK9H6******

## Complaint Summary

| | | |
|---|---|---|
| CRASH | No | The contact owns a 2017 Chevrolet Equinox. The contact stated while driving at an undisclosed speed, the oil warning light illuminated. The contact was stranded in the cold for approximately four hours. The vehicle was towed to the local dealer. The contact stated that the vehicle was not covered under warranty or TSB: PIP5093C. The vehicle was diagnosed and the contact was informed that the rear main seal needed to be replaced. The vehicle was not repaired. The contact stated that the warranty program should be extended. The manufacturer was contacted but, no further assistance was provided. The approximate failure mileage was 90,261. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
|---|---|---|
| CHEVROLET | EQUINOX | 2017 |