# Exhibit 12

Subject: 2002-2005 4.8 5.3 6.0 Chevrolet GMC Engine Oil Dipstick Unseated or Oil Leak - keywords L33 LQ9 LM7 LQ4 LR4 L59 pcv cold freeze start up fill ice vent intake air inlet ambient temperature #PIP3343 - (02/24/2005)

Models:

The following diagnosis might be helpful if the vehicle exhibits the symptom(s) described in the PI.

Condition/Concern:

A vehicle may be brought to the dealer with a customer concern of an oil leak or the dipstick unseating from the dipstick tube.

Recommendation/Instructions:

If the dipstick is unseated from the dipstick tube, inspect the engine PCV system for ice or freezing up.

==If the PCV system is found to be frozen or restricted with ice, replace the Oil Fill Cap with a vented oil fill cap part number 12573342.== FC219 in AcDelco

Please follow this diagnosis process thoroughly and complete each step. If the condition exhibited is resolved without completing every step, the remaining steps do not need to be performed.

Models:

(02-05 Chevrolet Silverado) and (02-05 GMC Sierra)



GM bulletins are intended for use by professional technicians, NOT a "do-it-yourselfer." They are written to inform these technicians of conditions that may occur on some vehicles, or to provide information that could assist in the proper service of a vehicle. Properly trained technicians have the equipment, tools, safety instructions, and know-how to do a job properly and safely. If a condition is described, DO NOT assume that the bulletin applies to your vehicle, or that your vehicle will have that condition. See your GM dealer for information on whether your vehicle may benefit from the information.

WE SUPPORT
VOLUNTARY
TECHNICIAN
CERTIFICATION

© Copyright General Motors Corporation. All Rights Reserved.