# Exhibit 15



Bulletin No.: PIP3343D
Date: Mar-2014

# Service Bulletin

# PRELIMINARY INFORMATION

**Subject:** Possible Engine Oil Leak Due To PCV Freeze-Up

**Models:**
2004-2007 Buick Rainier
2002-2013 Chevrolet Avalanche
2002-2014 Cadillac Escalade, Escalade ESV, Escalade EXT
2003-2009 Chevrolet TrailBlazer
2002-2015 Chevrolet Express, Silverado, Silverado HD
2007-2009 Chevrolet TrailBlazer SS
2002-2014 Chevrolet Suburban, Tahoe
2009-2012 Chevrolet Colorado Pickup
2003-2009 GMC Envoy
2002-2015 GMC Savana, Sierra, Sierra HD
2002-2014 GMC Yukon, Yukon XL, Yukon Denali, Yukon XL Denali
2009-2012 GMC Canyon
2003-2010 HUMMER H2
2008-2010 HUMMER H3
2005-2009 Saab 9-7X 5.3i
2008-2009 Saab 9-7X Aero
Equipped with a V-8 Gas Engine except L83, L86, and LV3

**This PI was superseded to make PI external. Please discard PIP3343C.**

The following diagnosis might be helpful if the vehicle exhibits the symptom(s) described in this PI.

## Condition/Concern

Some customers may complain of an oil leak shortly after a cold start when extremely low ambient temperatures are present (approximately below 10*F), or excessive short trip drive cycles. If an oil leak from the rear main seal is noted, this is the result of a frozen PCV system and excessive crankcase pressure.

## Recommendation/Instructions

If this concern is encountered, clean the area of the oil leak, clean and dry the PCV hoses, and replace the oil fill cap with part number 12589430 (vented oil fill cap) to prevent a reoccurrence.

Please follow this diagnostic or repair process thoroughly and complete each step.  If the condition exhibited is resolved without completing every step, the remaining steps do not need to be performed.

GM bulletins are intended for use by professional technicians, NOT a "do-it-yourselfer".  They are written to inform these technicians of conditions that may occur on some vehicles, or to provide information that could assist in the proper service of a vehicle.  Properly trained technicians have the equipment, tools, safety instructions, and know-how to do a job properly and safely.  If a condition is described, DO NOT assume that the bulletin applies to your vehicle, or that your vehicle will have that condition.  See your GM dealer for information on whether your vehicle may benefit from the information.

 WE SUPPORT VOLUNTARY TECHNICIAN CERTIFICATION