# Exhibit 16

# GMC

PRESS ROOM

# NEW FOR 2016

- **Front and rear fascias with C-shaped lower chrome trim**
- **LED daytime running lamps on uplevel models**
- **Available Side Blind Zone Alert and Rear Cross Traffic Alert safety features on SLE and SLT (previously available only on Denali)**
- **New 18- and 19-inch wheel designs**
- **New Saddle Up interior color offered on SLT and Light Titanium/Jet Black interior combination offered on Denali**
- **Revised instrument panel center stack and new, chrome-trimmed transmission shifter**

# PRODUCT INFORMATION

## 2016 GMC TERRAIN AND TERRAIN DENALI OFFER FRESH APPEARANCE, ENHANCED FEATURES

Distinguished by a new, more contemporary appearance and additional enhancements, the refreshed 2016 GMC Terrain lineup continues to be a smart choice for customers seeking versatility, style and technology.

Terrain is GMC's second-highest selling vehicle, after Sierra, with about half of customers new to GMC. It also attracts the brand's highest rate of female buyers: 44 percent – and they cite Terrain's styling as their top reason for purchase.

The complete list of revisions for the 2016 Terrain lineup includes:

- New front and rear fascias with C-shaped lower chrome trim that accentuates the Terrain's wide stance
- New, chrome-accented grille designs for SLE, SLT and Denali – including specific tri-segment grille texture on Denali
- New power dome hood design
- New LED daytime running lamps on uplevel models
- New 18-inch aluminum wheel design offered on non-Denali models
- New 19-inch aluminum wheel design offered on Denali
- Revised instrument panel "center stack" with new storage shelf and updated control graphics
- Revised model lineup: SL, SLE (SLE-1 and SLE-2), SLT and Denali
- Premium cloth seat fabric now standard on SL and SLE models
- New Saddle Up leather interior available on SLT
- New Light Titanium/Jet Black interior combination offered on Denali
- Front passenger eight-way power-adjustable seat offered on SLT (previously available only on Denali)
- New, chrome-trimmed transmission shifter
- Available Side Blind Zone Alert and Rear Cross Traffic Alert safety features on SLE and SLT (previous available only on Denali)
- New White Frost Tricoat and Crimson Red Tintcoat premium exterior colors.

**Terrain lineup at a glance**
The 2016 Terrain is offered in front-wheel-drive and all-wheel-drive models, in SL, SLE and SLT trim levels, as well as the Denali. All models include four-wheel disc

brakes with StabiliTrak electronic stability control and traction control, as well as six standard air bags: dual frontal air bags, head curtain side air bags and pelvic/thorax seat-mounted side air bags.

All models seat five and the GM-exclusive MultiFlex sliding rear seat is standard. The interior also offers up to 31.6 cubic feet (894 liters) of cargo space behind the rear seat and 63.9 cubic feet (1,809 liters) with the rear seat folded.

The standard Ecotec 2.4L direct-injected engine delivers an EPA-estimated 32 mpg on the highway (FWD models). A direct-injected 3.6L V-6 is available and delivers best-in-class 301 horsepower (225 kW) and 272 lb-ft of torque (369 Nm). The V-6 engine also enables a trailering capacity of up to 3,500 pounds (1,588 kg).

Available GMC IntelliLink offers OnStar with 4G LTE connectivity and built-in Wi-Fi hotspot. It provides a mobile hub for drivers and passengers to stay connected. The hotspot is on whenever the car is on and comes with a three-month/3GB data trial (whichever comes first).

Terrain also offers a programmable power liftgate (standard on Denali, available on SLT), with a memory function that stops the liftgate at a chosen height to help shorter drivers or accommodate low garage heights.

In addition to available Side Blind Zone Alert and Rear Cross Traffic Alert safety features, Terrain offers Rear Park Assist, Forward Collision Alert and Lane Departure Warning as part of comprehensive safety packages.

**Terrain Denali**

The Terrain Denali brings an exceptional level of style, power and refinement to the segment. Unique exterior and interior appointments, exclusive wheels and design cues set it apart from competitors. A chrome grille, body-color fascias and rocker moldings, satin-chrome accents, specific headlamp and taillamp designs, and dual chrome-finish exhaust outlets (single outlet with the 2.4L) convey a look of superior finishes. Denali-specific 18-inch (with the 2.4L) or 19-inch (with the 3.6L) wheels complete its sculpted appearance.

Interior highlights offer a sophisticated feel with soft-touch Jet Black leather lining the seats and door inserts. Denali-exclusive touches such as contrast stitching, along with a soft-touch instrument panel and leather-wrapped steering wheel with smoked mahogany wood accents, contribute to a luxurious interior.

Additional cabin details include:

- Embossed Denali logos on front seatbacks
- Smoked mahogany wood trim accents
- Denali illuminated front sill plates
- Eight-way power driver and passenger seat
- Available sunroof.

Dual-flow dampers are exclusive to the Terrain Denali's suspension system and provide a smoother ride and improved handling by controlling suspension dampening across a broader range of driving conditions.

Exceptional safety features on the Terrain Denali include the standard Forward Collision Alert and Lane Departure Warning systems, which use a single-camera crash-avoidance system to visually and audibly warn drivers when a collision is imminent or the vehicle crosses a lane marker. The Side Blind Zone Alert and Rear Cross Traffic Alert, also standard, use radar technology to watch spots the driver may not be able to see and provide visible and audible warnings to help avoid collisions.

With the touch of a button, Terrain Denali drivers can access several convenience features, such as a programmable power liftgate, which allows access to the vehicle's 63.9 cubic feet (1,810 liters) of cargo space behind the first row, while a memory function stops the liftgate at a chosen height to help shorter drivers or accommodate low garage heights. Other technology available on Terrain Denali includes color touch navigation and a rear-seat entertainment system.

**Terrain interior features**

Inside the Terrain's spacious cabin, premium interior features have been designed with high standards of functionality and materials that exude a commanding and structured feel.

The standard and segment-exclusive MultiFlex sliding rear seat can be moved fore or aft nearly 8 inches (200 mm), providing increased passenger comfort – including 39.9-inches (1,013mm) of legroom – or greater rear cargo capacity, while the 60/40-split rear seatback offers additional configurations for passengers and cargo. The

rear cargo area offers 31.6 cubic feet (894 liters) of storage, as well as one of the Terrain's four auxiliary power outlets.

Additional interior features include:

- Automatic climate control is standard on SLE-2, SLT and Denali
- Heated cloth seats are standard on SLE-2; and heated, leather-trimmed seats are standard on SLT and Denali
- Leather-wrapped steering wheel with audio controls is standard on SLE-2, SLT and Denali
- Color touch radio with seven-inch touch-screen display, USB and auxiliary inputs is standard on SLE, SLT and Denali
- Color touch navigation radio is available on SLE-2, SLT and Denali
- Premium Pioneer sound system with subwoofer and amplifier is standard on SLE-2, SLT and Denali
- Ambient lighting around the door handles, center console and cup holders is standard on all models
- Tilting and telescoping steering column is standard on all models
- Driver eight-way power-adjustable seat is standard on SLE-2, SLT and Denali
- Front passenger eight-way power-adjustable seat offered on SLT and standard on Denali
- A sunroof is available on SLE-2, SLT and Denali
- Remote start is standard on SLT and Denali.

Interior color choices for 2016 include Jet Black, Light Titanium and Brownstone, along with new Saddle Up, which is offered exclusively on SLT. Terrain Denali is offered in Jet Black and new Light Titanium/Jet Black.

**IntelliLink and OnStar 4G LTE**

GMC IntelliLink is offered on SLE, SLT and Denali. It combines with OnStar to bring segment-exclusive infotainment technology to Terrain at a time when more and more consumers are buying smartphones. IntelliLink extends the OnStar experience from safety and security to information and entertainment by seamlessly integrating the capability of a smartphone into the vehicle so that hand-held phones may be safely stowed while driving.

Text Messaging Alerts and Siri Eyes Free features aid drivers with the latest in technology. With Text Messaging Alerts, the driver can be alerted to new messages and can have them read aloud, view and respond to them (functionality depends on the smartphone). Siri Eyes Free enables iPhone4S and later users to access Siri via the steering wheel controls and check calendar entries, have text messages read and respond to them, place calls or call up music.

Android phone users can also use the steering wheel controls to access their phone's voice recognition features.

Additional IntelliLink features include:

- Hands-free voice control system powered by Nuance®, which allows simple voice commands to initiate phone calls and select radio stations or media from portable MP3 players and smartphones.
- Pandora Internet radio and Stitcher SmartRadio allow users to create personalized radio stations based on favorite artists or genres. IntelliLink integrates control of both of these apps for a driver-directed listening experience.
- Gracenote® identifies the music collection on the driver's USB device, MP3 player or smart phone and presents information such as artist name, genres and album cover art on the IntelliLink screen.
- USB connectivity adds the ability to play music files directly from flash memory devices, and gives the customer the ability to update IntelliLink with future enhancements.

GMC's Color Touch navigation radio features a touch-screen control that incorporates all of the IntelliLink features and more. It is available on SLE-2, SLT models and Terrain Denali. SiriusXM Satellite Radio (with three-month trial period) is standard on all models.

Complementing IntelliLink to enhance Terrain's connectivity is new OnStar with 4G LTE and standard built-in Wi-Fi hotspot. It provides a mobile hub for drivers and passengers to stay connected. The hotspot is on whenever the vehicle is on and comes with a three-month/three-gigabyte data trial.

4G LTE is the most current and fastest mobile data network – 10 times faster than 3G and 100 times faster than the previous generation of OnStar hardware. And with OnStar, it also offers stronger, broader coverage than smartphones on the same network and it's easy to use: If the vehicle is on, the connection is on.

At the time of purchase, six months of OnStar Guidance plan includes all of OnStar's advisor-based safety and security features, including Automatic Crash Response and Stolen Vehicle Assistance, as well as turn-by-turn navigation.

Five years of OnStar Basic Plan includes RemoteLink Key Fob Services, allowing owners to remotely start and lock/unlock a car (if properly equipped), and activate the horn and lights from anywhere with a data connection. It also includes OnStar Vehicle Diagnostics, which runs monthly checks of a vehicle's engine, transmission, anti-lock brakes and more, and Dealer Maintenance Notification, which sends diagnostic report directly to a preferred dealer to simplify service scheduling.

**Powertrain details**

GMC Terrain's standard Ecotec 2.4L engine and available 3.6L V-6 feature fuel-saving direct injection and continuously variable valve timing. The 2.4L delivers 182 horsepower (136 kW) with an EPA-estimated highway fuel economy rating of 32 mpg (FWD models).

The 3.6L is rated at 301 horsepower (224 kW) and 272 lb-ft of torque (369 Nm) and uses lightweight components that contribute to the Terrain's fuel efficiency while boosting horsepower. An integrated cylinder head/exhaust manifold design saves about 13 pounds compared to a non-integrated design, while a composite intake manifold saves about 5.5 pounds vs. an aluminum intake. Additionally, a lightweight structural front cover and high-strength connecting rods save additional weight.

An efficient six-speed automatic transmission is standard on all models and an "Eco" transmission mode on 2.4L-equipped models alters shift points to improve fuel economy.

**Chassis and suspension**

Terrain engineers have ensured a smooth, quiet ride by building on a body-integral structure with single-piece body side stampings and targeted applications of high-strength steel. The strong structure supports a four-wheel independent suspension system that – with a long, 112.5-inch (2,857 mm) wheelbase and wide front and rear tracks – contributes to car-like ride and handling traits. The long wheelbase and wide tracks reduce body roll for a more stable driving experience.

Additional features include:

- Rack-mounted ZF Steering Systems electric power steering gear on 2.4L-equipped models; hydraulic power rack-and-pinion steering on 3.6L V-6-equipped models
- Available all-wheel drive
- Standard StabiliTrak electronic stability control helps keep the vehicle in its intended path in the event of an emergency maneuver
- Standard four-wheel anti-lock brakes with traction control.

**Safety and crash-avoidance features**

==Superior safety features are a cornerstone attribute of the GMC Terrain.== Built on a solid structure that includes strategic applications of high-strength steel to protect occupants in the event of a crash, the Terrain is equipped with several safety components to avoid crashes or protect occupants in the event of one, including:

- Six standard air bags including dual frontal air bags, head curtain side air bags and pelvic/thorax seat-mounted side air bags
- Standard four-wheel anti-lock disc brakes with Electronic Brake Force Distribution, StabiliTrak electronic stability control, traction control and rollover mitigation.
- Standard rear-vision camera that helps drivers identify objects behind the vehicle
- Standard tire pressure monitoring system.

Additionally, active safety features alert the driver to potential crash threats. They're standard on Denali and offered on SLE-2 and SLT models in two Driver Alert Packages:

- **Driver Alert Package 1** includes Side Blind Zone Alert, Rear Cross Traffic Alert and Rear Park Assist
- **Driver Alert Package 2** (requires Driver Alert Package #1) includes Forward Collision Alert and Lane Departure Warning.

**GMC** has manufactured trucks since 1902, with innovation and engineering excellence built into all GMC vehicles. The brand is evolving to offer more fuel-efficient trucks and crossovers, including the Terrain small SUV and Acadia crossover. GMC's highest-volume vehicle, the Sierra pickup, is the most powerful light-duty pickup on the market, and the first full-size pickup to receive the highest-possible five-star Overall Vehicle Score for safety since the National Highway Traffic Safety Administration

changed its New Car Assessment Program for the 2011 model year. Details on all GMC models are available at http://www.gmc.com/, on Twitter at @thisisgmc or at http://www.facebook.com/gmc.

### TERRAIN IMAGES



SEE MORE IMAGES

### TERRAIN DENALI IMAGES



SEE MORE IMAGES

### VIDEO ARCHIVE

       

### RELATED NEWS

GMC Introduces 2017 Terrain Nightfall Edition

### CONTACTS



Terrain/Terrain Denali/Terrain AT4 Media Contact
Mikhael Farah
Mobile +1 313-268-6891
mikhael.farah@gm.com



GMC CUSTOMER EXPERIENCE
Phone 1-800-462-8782
Contact Us | @GMC
GMC Customer Assistance Center
P.O. Box 33172
Detroit, MI 48232-5172