# Exhibit 20



# Pressroom | United States

# 'Real People, Not Actors,' See the Real Chevrolet

New marketing campaign reveals candid reactions to Chevrolet vehicles

2015-03-30

DETROIT – Will getting up close and personal with a 2015 Chevrolet car or crossover change a non-Chevy owner's opinion of the brand? A new marketing campaign beginning April 1 called, "Real People, Not Actors," seeks to answer that question – and to capture people's reactions on video.

The campaign gathered nearly 400 non-Chevrolet owners in Los Angeles. Participants were introduced to the lineup of Chevrolet cars and crossovers through a series of focus groups; their reactions were incorporated into a series of television commercials and videos on Chevrolet's YouTube channel.

The new work advances the brand's "Find New Roads" platform by featuring safety features and innovations available in the brand's lineup.

"The goal is to capture the spontaneous reactions of people as they're exposed to today's Chevrolet," said Paul Edwards, U.S. vice president, Chevrolet marketing. "People are immediately surprised and enthused when they experience our vehicles up close – the designs, technologies, and quality levels far exceed expectations."

The campaign's first spots will premiere during high-profile network and cable television programming on April 1, continuing across retail, digital and social platforms, displays and activations throughout the year. It includes content in English and Spanish.

"Comparison," features participants surprised by the designs and technologies of the Chevrolet Malibu, Cruze, Equinox and Traverse.

Other content humorously shows how difficult it can be to "Keep Your Eyes on the Road" to highlight the text messaging capabilities in the 2015 Cruze.

Additional broadcast work will appear in the coming weeks.

Founded in 1911 in Detroit, **Chevrolet** is now one of the world's largest car brands, doing business in more than 115 countries and selling around 4.8 million cars and trucks a year. Chevrolet provides customers with fuel-efficient vehicles that feature engaging performance, design that makes the heart beat, passive and active safety features and easy-to-use technology, all at a value. More information on Chevrolet models can be found at www.chevrolet.com.



Chevrolet kicks off a new campaign April 1, "Real People, Not Actors," that shows that getting up close and personal with a 2015 Chevrolet car or crossover can change a non-Chevy owner's opinion of the brand. This scene is from the spot "Badges."




Chevrolet kicks off a new campaign April 1, "Real People, Not Actors,"
that shows that getting up close and personal with a 2015 Chevrolet car
or crossover can change a non-Chevy owner's opinion of the brand.




Chevrolet kicks off a new campaign April 1, "Real People, Not Actors,"
that shows that getting up close and personal with a 2015 Chevrolet car
or crossover can change a non-Chevy owner's opinion of the brand.
This scene is from the spot "Movie."




Chevrolet kicks off a new campaign April 1, "Real People, Not Actors,"
that shows that getting up close and personal with a 2015 Chevrolet car
or crossover can change a non-Chevy owner's opinion of the brand.
This scene is from the spot "Keep Your Eyes on the Road."



# Contact