# Exhibit 21



https://www.ispot.tv/ad/AtMP/2016-chevy-equinox-awards

