# Exhibit 23

https://www.gm.com/commitments/vehicle-safety

