# Exhibit 25

The Wayback Machine - https://web.archive.org/web/20150906055835/http://www.gm.com/vision/quality_safety/gms_commitment_tosafety.pri…

# Innovation: Quality & Safety

## GM's Commitment to Safety

<mark>Quality and safety are at the top of the agenda at GM,</mark> as we work on technology improvements in crash avoidance and crashworthiness to augment the post-event benefits of OnStar, like advanced automatic crash notification.

Understanding what you want and need from your vehicle helps GM proactively design and test features that help keep you safe and enjoy the drive. Our engineers thoroughly test our vehicles for durability, comfort and noise minimization before you think about them. The same quality process ensures our safety technology performs when you need it.

Here's some evidence:

- The GM Aerodynamics Laboratory (our "wind tunnel") helps engineer greater efficiency, improved engine cooling, and reduced wind noise.
- Glidepath testing puts several hundred thousand miles on new models throughout our design and development process.
- With OnStar Vehicle Diagnostics*, an Advisor can attempt to assess key operating systems in your vehicle, and tell you if you need to visit a dealer for service.
- In low-traction conditions like ice, snow, gravel, wet pavement, and uneven road surfaces, electronic stability control systems, like StabiliTrak, are proven to help reduce single-vehicle crashes.**
- GM's Passenger Sensing System is designed to help reduce the potential for inflation-induced injuries or fatalities to smaller occupants

* Capabilities vary by model. Visit onstar.com for details and system limitations.

* * Study: Insurance Institute for Highway Safety "Effect of electronic stability control on automobile crash risk," C.M. Farmer, 2004.

## Related Resources

- J.D. Power Quality Awards
- OnStar Connections – Real Safety Stories
- See How Automatic Crash Response Works
- Demo: OnStar Vehicle Diagnostics

### Related Resources

- OnStar Connections – Real Safety Stories
- See How Automatic Crash Response Works
- Demo: OnStar Vehicle Diagnostics