# Exhibit 26

Safety Issue Type: Complaints

January 22 2014    NHTSA ID Number: 10561051

Components: ENGINE

NHTSA ID Number    10561051

Incident Date    January 03 2014

Consumer Location    Unknown

Vehicle Identification Number    2CNALDEW9A6******

## Complaint Summary

| | | |
|---|---|---|
| CRASH | No | TL* THE CONTACT OWNS A 2010 CHEVROLET EQUINOX THE CONTACT STATED THAT WHILE DRIVING APPROXIMATELY 10 MPH AND MAKING A LEFT TURN, THE VEHICLE SUDDENLY STALLED. THE VEHICLE WAS DIAGNOSED AND REPAIRED BY THE DEALER. THE CONTACT WAS INFORMED THAT THE PCV POSITIVE CRANKCASE VENTILATION HAD SEIZED, WHICH OVER PRESSURIZED THE ENGINE AND CAUSED THE REAR MAIN SEAL TO MALFUNCTION. THE REAR MAIN SEAL WAS REPLACED. THE MANUFACTURER WAS NOTIFIED AND NO SOLUTION WAS OFFERED. THE FAILURE MILEAGE WAS 80,000.   *TR |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
|---|---|---|
| CHEVROLET | EQUINOX | 2010 |