# Exhibit 27

## Safety Issue Type: Complaints

## March 11 2019    NHTSA ID Number: 11185798

## Components: ENGINE

| NHTSA ID Number | 11185798 |
| --- | --- |
| Incident Date | February 25 2019 |
| Consumer Location | MUNCIE, IN |
| Vehicle Identification Number | 2GNFLFEK0H6****** |

## Complaint Summary

| CRASH | No | WE NOTICED A BAD FUEL SMELL IN THE CABIN OF THE VEHICLE AND HAD OIL LEAKING FROM IT TOOK IT TO THE DEALERSHIP AND THE REAR MAIN SEAL WAS BLOWN. THEY DID THE REPAIR AND A WEEK LATER HAD THE SAME THING HAPPEN AGAIN. IT'S BEEN AT THE DEALERSHIP TWICE FOR THE SAME ISSUE. |
| --- | --- | --- |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| CHEVROLET | EQUINOX | 2017 |