# Exhibit 28

## Safety Issue Type: Complaints

### March 03 2020    NHTSA ID Number: 11315914

### Components: UNKNOWN OR OTHER, ENGINE

NHTSA ID Number    11315914

Incident Date    February 26 2020

Consumer Location    WANBLEE, SD

Vehicle Identification Number    2GNFLFEKXH6******

## Complaint Summary

CRASH    No
FIRE    No
INJURIES  0
DEATHS   0

PURCHASED OCTOBER 2019 ONE DAY I WENT TO THE STORE AND ON THE RETURN HOME IT STARTED TO RATTLE LIKE IT WAS OUT OF OIL UPON INSPECTION OIL WAS LEAKING PROFUSLY BETWEEN THE ENGINE AND TRANSMISSION WHEN I SEARCHED THERE IS A PROBLEM WITH THE REAR MAIN OIL SEAL GETTING BLOWN OUT WHEN THE PVC IS PLUGGED BUT WHEN I LOOKED FOR VEHICLE RECALL THERE WAS NOTHING I COULD FIND

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| CHEVROLET | EQUINOX | 2017 |