# Exhibit 29

## Safety Issue Type: Complaints

## December 28 2020    NHTSA ID Number: 11385228

## Components: ENGINE

NHTSA ID Number    11385228

Incident Date    December 27 2020

Consumer Location    OAK GROVE, MN

Vehicle Identification Number    2GNFLFEK3H6******

## Complaint Summary

CRASH     No
FIRE      No
INJURIES  0
DEATHS    0

WE LIVE IN MN AND WENT OUT TO START OUR 2.4 EQUINOX AND IT STARTED AND THEN DIED. THIS WAS SITTING IN OUR DRIVEWAY AND WAS IN PARK WHEN IT HAPPENED. WE HAD IT TOWED TO A SHOP AND WAS TOLD THAT IT THERE WAS A PCV FREEZE UP WHICH CAUSED THE MAIN SEAL TO BLOW LOOSING THE OIL. THIS CAUSED THE TIMING CHAIN TO FAIL. WE REACHED OUT TO GM AND THEY STATED THIS IS OUT OF WARRANTEE AND THAT 2017 WHERE NOT EFFECTED EVEN THOU IT IS THE SAME MOTOR AS THE OTHERS THAT ARE AFFECTED. WE REACHED OUT TO THE DEALERSHIP AND THEY SAID THE SAME THING THAT BECAUSE THE CAR HAS 80,000 MILES WE ARE OUT OF THE POWERTRAIN WARRANTEE.

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| CHEVROLET | EQUINOX | 2017 |