# Exhibit 30

## Safety Issue Type: Complaints

January 29 2021    NHTSA ID Number: 11390644

## Components: ENGINE

NHTSA ID Number    11390644

Incident Date    January 27 2021

Consumer Location    SOUTH BOARDMAN, MI

Vehicle Identification Number    2GNFLFEK3H6******

## Complaint Summary

CRASH    No

FIRE    No

INJURIES  0

DEATHS    0

REAR ENGINE SEAL BLEW AND RUINED THE MOTOR. SHOP I TOOK IT TO SAID IT'S A COMMON PROBLEM. REGULAR MAINTENANCE HAS BEEN KEPT UP ON IT. HAVE TO REPLACE THE ENGINE NOW. I WAS GOING DOWN A MICHIGAN HIGHWAY 55MPH WHEN IT BLEW.

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| CHEVROLET | EQUINOX | 2017 |