# Exhibit 31

## Safety Issue Type: Complaints

## February 10 2021    NHTSA ID Number: 11395616

## Components: ENGINE

| | |
|---|---|
| NHTSA ID Number | 11395616 |
| Incident Date | February 10 2021 |
| Consumer Location | BAY CITY, MI |
| Vehicle Identification Number | 2GNALCEK2H6****** |

## Complaint Summary

| | | |
|---|---|---|
| CRASH | No | I LIVE IN A STATE THAT HAS COLD WEATHER, DIPPING WELL BELOW FREEZING. I WENT TO GET AN OIL CHANGE WHEN MY CAR PROMPTED ME, AND MUCH TO MY SURPRISE THE MECHANICS FOUND A SEVERE OIL LEAK. I WAS TOLD NOT TO DRIVE THE VEHICLE ANY LONGER AND TO HAVE IT TOWED IMMEDIATELY TO A REPAIR SHOP. I HAD IT TOWED TO THE DEALERSHIP I BOUGHT IT FROM, AND THEIR MECHANIC JUST CALLED ME. ACCORDING TO HIM, THE PCV HAD MOISTURE IN IT THAT FROZE, CAUSING AIR PRESSURE BUILD UP THAT BURST AND DAMAGE A MAJOR OIL VALVE. HE STATED THAT THE PCV HOLE ISN'T BIG ENOUGH TO AVOID THESE ISSUES, AND THAT ONCE THEY REPAIR IT, THEY WILL DRILL THE HOLE TO MAKE IT BIGGER SO IT DOESN'T HAPPEN AGAIN. MY CONCERN IS, IF THESE VEHICLES ARE SOLD NATIONWIDE, AND ARE SO POPULAR, WHY ARE THEY NOT THINKING OF THESE POSSIBLE ISSUES? OWNERS SHOULD NOT HAVE TO PAY OVER $2100 FOR A REPAIR DUE TO AN ISSUE IN MANUFACTURING! |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
|---|---|---|
| CHEVROLET | EQUINOX | 2017 |