# Exhibit 32

## Safety Issue Type: Complaints

## February 10 2021   NHTSA ID Number: 11395563

## Components: ENGINE

**NHTSA ID Number**   11395563

**Incident Date**   February 04 2021

**Consumer Location**   ROCHESTER HILLS, MI

**Vehicle Identification Number**   2GNALCEK6H1******

## Complaint Summary

CRASH    No
FIRE     No
INJURIES 0
DEATHS   0

TL* THE CONTACT OWNS A 2017 CHEVROLET EQUINOX. THE CONTACT STATED WHILE DRIVING 20 MPH, THE VEHICLE LOSS MOTIVE POWER WITH OIL LEAKING FROM THE ENGINE. THE VEHICLE WAS TOWED TO THE LOCAL DEALER SHELTON BUICK GMC, INC (855 S ROCHESTER RD, ROCHESTER HILLS, MI 48307, (248)266-2156) WHERE IT WAS DIAGNOSED WITH NEEDING THE ENGINE SEAL TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER HAD NOT BEEN INFORMED OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 66,000.

## Affected Products (1)

## Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| CHEVROLET | EQUINOX | 2017 |