# Exhibit 33

## Safety Issue Type: Complaints

## March 01 2021   NHTSA ID Number: 11398477

## Components: ENGINE

**NHTSA ID Number**   11398477

**Incident Date**   May 01 2017

**Consumer Location**   ASTORIA, NY

**Vehicle Identification Number**   2GNALBEK5H1******

## Complaint Summary

| | |
|---|---|
| CRASH | No |
| FIRE | Yes |
| INJURIES | 0 |
| DEATHS | 0 |

TL* THE CONTACT OWNS A 2017 CHEVROLET EQUINOX. THE CONTACT STATED THAT OIL WOULD LEAK OUT OF THE VEHICLE WHILE DRIVING AT VARIOUS SPEEDS AS THE ENGINE LIGHT WOULD ILLUMINATE. THE CONTACT ALSO STATED THAT THE VEHICLE WOULD JERK FORWARD AS THE SERVICE STABILITRAK WARNING LIGHT ILLUMINATED. ONE DAY, THE CONTACT STATED THAT AFTER ADDING OIL INTO THE VEHICLE, THE VEHICLE BEGAN TO JERK UNCONTROLLABLY AND A BLUEISH SMOKE BEGAN TO EMIT FROM THE ENGINE. DUE TO THE FAILURE, THE CONTACT HAD THE VEHICLE TOWED TO EAST HILLS CHEVROLET OF ROSLYN( 1036 NORTHERN BLVD, ROSLYN, NY 11576) WHERE AN OIL CONSUMPTION TEST WAS PERFORMED AND THEY DISCOVERED THAT HER ENGINE SEALS NEEDED TO BE REPLACED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND THEY OFFERED NO ASSISTANCE. THE VEHICLE HAD YET TO BE REPAIRED. THE FAILURE MILEAGE WAS APPROXIMATELY 200.

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
|---|---|---|
| CHEVROLET | EQUINOX | 2017 |