# Exhibit 34

Safety Issue Type: Complaints

March 01 2021    NHTSA ID Number: 11398407

Components: ENGINE

| | |
|---|---|
| NHTSA ID Number | 11398407 |
| Incident Date | February 17 2021 |
| Consumer Location | ROOTSTOWN, OH |
| Vehicle Identification Number | 2GNALBEK3H1****** |

## Complaint Summary

| | |
|---|---|
| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

I WAS IN A MCDONALDS DRIVE THRU WHEN I NOTICED A STRONG PETROLEUM SMELL. I PULLED INTO A PARKING SPACE AND FOUND OIL GUSHING FROM THE ENGINE. I TURNED THE ENGINE OFF AND HAD IT TOWED TO MY LOCAL CHEVY DEALER. THE DEALER FOUND THAT THE PCV SYSTEM HAD CLOGGED AND CAUSED THE CRANKCASE TO PRESSURIZE, THEREBY BLOWING THE REAL MAIN SEAL. FORTUNATELY I WAS NOT ON THE HIGHWAY AT THE TIME OR I COULD HAVE LOST ALL THE OIL AND SUFFERED AN ENGINE SEIZURE AT HIGHWAY SPEEDS. I GOT NO INDICATION OF A PROBLEM OTHER THAN SMELL AND VISUAL EXAMINATION. THE REPAIRS WERE QUOTED AT $2320. AFTER COMPLAINING TO GM CUSTOMER SERVICE THEY PROVIDED COST ASSISTANCE WHICH REDUCED THE PRICE TO $954 PLUS TAX. ON FURTHER RESEARCH I FOUND THAT THERE IS A RECALL ON THE 2010-2014 CHEVY EQUINOX FOR THIS SAME PROBLEM AND THE WARRANTY WAS EXTENDED TO 10 YEARS OR 120,000 MILES. THE 2015-2017 CHEVY EQUINOX HAS THE SAME 2.4 LITER ECOTEC ENGINE BUT GM HAS NOT SEEN FIT TO EXTEND THE RECALL TO THOSE YEARS. AT THE TIME OF THE INCIDENT I HAD 83,773 MILES ON THE VEHICLE AND ALWAYS HAD IT SERVICED AT THE DEALER I BOUGHT IT FROM, SARCHIONE CHEVROLET IN RANDOLPH, OHIO. FURTHER CONTACT WITH GM GOT THEM TO PAY ANOTHER $400 (WHICH I HAVE NOT RECEIVED YET) BUT THEY REFUSED TO PAY THE ENTIRE AMOUNT. THIS IS A DANGEROUS PROBLEM THAT GM IS AWARE OF BUT NOT ACKNOWLEDGING BY EXTENDING THE RECALL FOR THE ADDITIONAL 3 YEARS THAT THIS ENGINE WAS AVAILABLE IN THE EQUINOX.

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
|---|---|---|
| CHEVROLET | EQUINOX | 2017 |