# Exhibit 35

## Safety Issue Type: Complaints

**March 05 2021**   NHTSA ID Number: 11399297

## Components: ENGINE

| | |
|---|---|
| NHTSA ID Number | 11399297 |
| Incident Date | January 29 2021 |
| Consumer Location | LORAIN, OH |
| Vehicle Identification Number | 2GNALCEKXH1****** |

## Complaint Summary

| | |
|---|---|
| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

I JUST DROPPED MY KIDS OFF AT SCHOOL AND WAS HEADED HOME WHEN MY CAR STARTED STALLING, AND OIL PRESSURE LOW WARNING CAME ON. A FEW MINUTES DOWN THE ROAD, THE ENGINE POWER LIGHT CAME ON AND THE CAR TURNED OFF WHILE DRIVING. I STARTED IT AGAIN LONG ENOUGH TO ROLL INTO A PARKING LOT BESIDE ME. I'VE HAD MY CAR TOWED 3TIMES, FIRST TO A CHEVY DEALERSHIP WHO QUOTED ME A $1,400 FIX FOR A SEAL REPAIR, AFTER THEY HAD DONE A DIAGNOSTIC INSPECTION. I WAS ALSO TOLD THEY COULD ASSIST IN A TRADE IN BECAUSE OF THE REPAIRS NEEDED. I WOULD FIRST NEED TO PAY FOR IT TO BE FIXED. I GOT TWO OTHER OPINIONS AT RESPECTABLE GARAGES WHO SAID IT WAS MY REAR MAIN SEAL AND BOTH QUOTED $2,400. I HAD TO GET A LOAN TO PAY FOR REPAIRS. FOLLOWING THE FIX, THE MECHANIC TEST DROVE IT AND SAID THE BRAND NEW SEAL BLEW AGAIN. THEY DID RESEARCH AND SAW THERE IS A MANUFACTURER MALFUNCTION WITH THE ENGINE AND TO COMPLETE THE TASKS TO RECONFIGURE MY ENGINE SO IT COULD WORK PROPERLY AND THE SAME PROBLEM NOT HAPPEN, IT WOULD BE AN ADDITIONAL $800 BUT THERE'S NO GUARANTEE IT WOULDN'T HAPPEN AGAIN.   WITH MY FIRST STOP BEING THE CHEVY DEALERSHIP, I AM UPSET I'VE HAD TO PAY OVER $3,000 ON MY CAR AND NOW IT'S NOT EVEN GUARANTEED TO BE FIXED. CHEVY MECHANICS SHOULD HAVE CAUGHT THIS ISSUE WHEN I ORIGINALLY TOOK MY CAR THERE. IT'S BEEN A MONTH NOW I'VE BEEN WITHOUT A CAR. AS A SINGLE MOTHER, I'VE SPENT A LOT OF MONEY HAVING TO RENT CARS AND USING UBER/LYFT WHEN THIS PROBLEM SHOULD HAVE BEEN ADDRESSED A MONTH AGO WHEN I ORIGINALLY SOUGHT THE DEALERSHIP' HELP.

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
|---|---|---|
| CHEVROLET | EQUINOX | 2017 |