# Exhibit 36

## Safety Issue Type: Complaints
## April 25 2021   NHTSA ID Number: 11413876
## Components: ENGINE

**NHTSA ID Number**   11413876

**Incident Date**   February 11 2021

**Consumer Location**   KOKOMO, IN

**Vehicle Identification Number**   2GNALCEK6H1******

## Complaint Summary

| | |
|---|---|
| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

HAD ROUTINE OIL CHANGES AND ONLY DRIVE THE CAR APPROXIMATELY 5 MILES TO AND FROM WORK DAILY. ON A VERY FRIGID WINTER DAY WHILE DRIVING HOME FROM WORK, MY CAR STARTED SHAKING, AND OIL LIGHT CAME ON, THEN THE ENGINE LIGHT AND CAR CAME TO A STOP. GOT IT TAKEN TO CHEVROLET DEALER WHO SAID THEY HAD 3 OTHER EQUINOXES IN THE SHOP THE LAST 2 DAYS OF FRIGID COLD WITH THE SAME ISSUE. FIX FOR A REAR MAIN SEAL REPAIR, AFTER THEY HAD DONE A DIAGNOSTIC INSPECTION AND MULTI POINT VEHICLE INSPECTION. THIS REPAIR COST US OVER $2000. OUR MECHANIC ADVISED US TO REPORT THIS BECAUSE OF SEEING SEVERAL MODELS WITH SAME ISSUE, INCLUDING MY FATHER'S CHEVROLET EQUINOX WHO WAS IN THE SHOP 3 DAYS BEFORE OURS WITH THE SAME ISSUE. PLEASE HELP US. THANK YOU

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
|---|---|---|
| CHEVROLET | EQUINOX | 2017 |