# Exhibit 37

Safety Issue Type: Complaints

January 07 2022    NHTSA ID Number: 11446581

Components: ENGINE

NHTSA ID Number    11446581

Incident Date    January 04 2022

Consumer Location    PLAINFIELD, IL

Vehicle Identification Number    2GNALBEK2H1************

## Complaint Summary

| | |
|---|---|
| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

The contact owns a 2017 Chevrolet Equinox. The contact stated that while the vehicle was in for service, it was discovered that water was present inside the engine PCV. The contact was informed that the condition could lead to engine damage. The contact was informed that a hole needed to be drilled into the PCV unit to allow airflow. The contact was informed that the manufacturer had issued an extended warranty coverage for the issue however, her model year vehicle was not included. The vehicle was not yet repaired. The manufacturer was notified of the failure. The failure mileage was 51,000.

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
|---|---|---|
| CHEVROLET | EQUINOX | 2017 |

## Associated Documents (2)

Consumer Letter
**CL-11446581-6500.pdf** 0.308KB
https://static.nhtsa.gov/complaints/11446581/11446581-0002.pdf

Response Letter
**RL-11446581-6500.pdf** 0.229KB
https://static.nhtsa.gov/complaints/11446581/11446581-0004.pdf