# Exhibit 38

## Safety Issue Type: Complaints

## January 10 2022   NHTSA ID Number: 11446854

## Components: ENGINE

**NHTSA ID Number**   11446854

**Incident Date**   January 10 2022

**Consumer Location**   ELMA, NY

**Vehicle Identification Number**   2gkalnek8h6******

## Complaint Summary

| | |
|---|---|
| CRASH  No | The contact owns a 2017 GMC Terrain. The contact stated that after his wife had parked the vehicle, the oil light appeared on the instrument panel. Upon exiting the vehicle, she discovered that oil had leaked onto the ground from underneath the vehicle. The contact was called to the scene and placed oil into the vehicle; however, the oil leaked out after restarting the vehicle. The contact then called a friend who was a mechanic and he discovered that the PCV valve had frozen which caused the rear main seal to fracture. The contact also discovered that oil spilled all over the bottom of the engine. The dealer was notified of the failure and informed him that there were no recalls. The manufacturer was also notified of the failure and referred him to NHTSA. The vehicle had yet to be repaired. The failure mileage was approximately 80,000. |
| FIRE  No | |
| INJURIES  0 | |
| DEATHS  0 | |

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
|---|---|---|
| GMC | TERRAIN | 2017 |