# Exhibit 39

## Safety Issue Type: Complaints
## February 02 2022   NHTSA ID Number: 11449939
## Components: ENGINE

NHTSA ID Number   11449939

Incident Date   January 17 2022

Consumer Location   TRENTON, MO

Vehicle Identification Number   2GKALNEK2G6******

## Complaint Summary

CRASH      No
FIRE       No
INJURIES   0
DEATHS     0

At approximately 75000 miles the car began leaking oil.  Took it in to gym certified dealer. Was told the pcv froze causing a pressure build up, and blew out the rear main seal.  They stated this engine has this as a common occurrence.  Searching online this appears to be true. Many years prior to mine were recalled. Apparently the recall needs extended.

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| GMC | TERRAIN | 2016 |