# Exhibit 40

# Safety Issue Type: Complaints

## January 21 2022   NHTSA ID Number: 11448339

### Components: ENGINE

| | |
|---|---|
| NHTSA ID Number | 11448339 |
| Incident Date | January 20 2022 |
| Consumer Location | NORTH READING, MA |
| Vehicle Identification Number | 2GKFLUEK1H6****** |

## Complaint Summary

| | |
|---|---|
| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

The contact owns a 2017 GMC Terrain. The contact stated while driving 30 MPH, the "Low Oil Pressure - Shut Engine Off" message was displayed. The contact was able to pull into his driveway and parked the vehicle. The vehicle was taken to an independent mechanic who diagnosed that the rear main seal had failed, and the failure was related to GM Technical Service Bulletin: 14882. The dealer and the manufacturer were notified of the failure and informed the contact that they could not assist because the VIN was not included in the Technical Service Bulletin. The manufacturer referred the contact to the NHTSA for assistance. The vehicle was not repaired. The failure mileage was approximately 66,000.

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
|---|---|---|
| GMC | TERRAIN | 2017 |