# Exhibit 41

Safety Issue Type: Complaints

January 24 2022   NHTSA ID Number: 11448647

Components: ENGINE

NHTSA ID Number   11448647

Incident Date   January 21 2022

Consumer Location   ELWOOD, IL

Vehicle Identification Number   2GKALNEK3H6******

## Complaint Summary

CRASH   No   The rear main seal blew out due to crackcase pressure build up.
FIRE   No
INJURIES   0
DEATHS   0

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
|---|---|---|
| GMC | TERRAIN | 2017 |