# Exhibit 42

Safety Issue Type: Complaints

January 24 2022    NHTSA ID Number: 11448634

Components: UNKNOWN OR OTHER, ENGINE

NHTSA ID Number    11448634

Incident Date    January 21 2022

Consumer Location    CHANNAHON, IL

Vehicle Identification Number    2GKALMEKXH6******

## Complaint Summary

| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

The rear main seal broke. Causing oil to leave the reservoir and empty the engine. This was due to a frozen pvc from cold temperatures. My vehicles engine light came on and I pulled over immediately noticing there was no oil. but there was never an indication of low oil. My vehicle is ervex with gmc every 5k miles for oil. Only 74,000 miles on a 2017 terrain. This is a manufacturers faulty equipment.

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| GMC | TERRAIN | 2017 |