# Exhibit 43

## Safety Issue Type: Complaints
## February 08 2022   NHTSA ID Number: 11450954
## Components: ENGINE

**NHTSA ID Number**   11450954

**Incident Date**   February 06 2022

**Consumer Location**   HAMMOND, IN

**Vehicle Identification Number**   2GKFLTEK0H6******

## Complaint Summary

CRASH    No

FIRE     No

INJURIES  0

DEATHS    0

The Rear Main Seal broke, thus causing major oil leak. I have been doing my investigations and there are many out there like myself. This is NOT an easy fix and is very expensive! I suggest if anyone else has the same issue please report it.

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| GMC | TERRAIN | 2017 |