# Exhibit 44

## Safety Issue Type: Complaints

## February 08 2022    NHTSA ID Number: 11450934

## Components: ENGINE

NHTSA ID Number    11450934

Incident Date    February 04 2022

Consumer Location    KANSAS CITY, MO

Vehicle Identification Number    2Gkalpek4h6******

## Complaint Summary

| | | |
|---|---|---|
| CRASH | No | Available for inspection upon request. The rear main seal is out, which is causing an oil leak. The intake manifold failed because the pcv system has a clog which has caused too much pressure to build up and caused the rear main seal to blow out. There were no dash lights. My car was completely out of oil from the issue and I had no indicators. This issue has been check and confirmed by a GMC mechanic. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
|---|---|---|
| GMC | TERRAIN | 2017 |