# Exhibit 45

4/6/22, 2:15 PM GM Service Bulletin 14882 - Blocked PCV valve causing Rear Main Seal failure | Page 4 | GMC Terrain, Equinox, and SRX Forum

Case 2:22-cv-10785-MAG-EAS ECF No. 1-46, PageID.315 Filed 04/12/22 Page 2 of 3



Home > Forums > All Theta Models > FAQs, Links & Recalls

# GM Service Bulletin 14882 - Blocked PCV valve causing Rear Main Seal failure

➜ Jump to Latest          Follow

61 - 80 of 154 Posts            ◀ 1  2  3  4  5  6  7  8  ▶

### fletch66 · Registered
Joined Mar 25, 2019 · 1 Posts

#61  ·  Mar 25, 2019

Just wondering what the results were and if you got your car covered? PLEASE HELP!!!

Reply

### mapmaker · Registered
Joined Mar 28, 2019 · 2 Posts

#62  ·  Mar 28, 2019

**Blocked PVC rear main failed**

Has anyone sued GM over this? I sent them a letter of intent and they still would not pay. I am not sure I want to risk the $168.00 it would cost me in small claims plus a day off work.

2018 Equinox LT1 1.5 L 4 cyl, AWD, S/R Cajun Red Tintcoat/Black

**ThreeNox**

Reply

---



**ThreeNox** · Registered
Joined Jun 12, 2019 · 146 Posts

#76 · Dec 12, 2019

> **chevy owner said:** ⤴
> We just had the engine in our 2015 Equinox for this very same problem!

==A "newer" 2015 Equinox, ^^^^ , with crankshaft rear main seal failure…….==

==Last winter after a minus 10 degree weekend, my Chevy dealer had 5 "newer" Equinox's in his parking lot on Monday morning, all with crankshaft rear main seal failure.==

==Winter is coming….winter is here!==

2012 Traverse AWD with Elite E2 X catchcan
Three Equinox AWD with 2.4 engine, 2013, 2016 and 2016

Reply

---



**rednox301** · Registered
Joined Nov 26, 2014 · 3,014 Posts

#77 · Dec 12, 2019

> **ThreeNox said:** ⤴
> A "newer" 2015 Equinox, ^^^^ , with crankshaft rear main seal failure…….
>
> Last winter after a minus 10 degree weekend, my Chevy dealer had 5 "newer" Equinox's in his parking lot on Monday morning, all with crankshaft rear main seal failure.
>
> Winter is coming….winter is here!