# Exhibit 46

# Blown Rear Main Seal
## 2016 CHEVROLET EQUINOX

**Typical Repair Cost:**
$2,000

**Average Mileage:**
91,450 miles

**Total Complaints:**
7 complaints

**Most Common Solutions:**
1. replace rear main seal or rebuild engine (4 reports)
2. not sure (3 reports)

## HELPFUL WEBSITES

*No one has added a helpful site for this 2016 Equinox problem yet.*

## 2016 CHEVROLET EQUINOX OWNER COMMENTS

**# 7**  **Equinox LT 2.4L**  Manual transmission  106,864 miles  JAN 24 2020

Same story as a lady from New Jersey and Ohio that I saw on here.

I was driving to work and came back out to start the car and go get lunch, then car doesn't want to start. I hear a grinding noise like steel plates are just rubbing against each other, and thought it was something different than what I found out. I called the tow truck to take it to the service station - I thought insurance was going to help. But when the adjuster came out to look at it he called it a non-repairable for them to pay off the fix because the PCV valve wasn't covered under the coverage. They included the blown-out seals and everything else that's wrong with it, so now I'm sitting without a car and the means to pay for a new engine for the car to get fixed.

I did read on here that there was somebody going through the exact same thing put a lawsuit through. I wish I had their number number to their lawyer so I can tell him I saw his story. I'm looking into it and to see if it was a recall - did GMC knew about the problem and didn't fix anything?

- **Joseph M.**, Lake Station, IN, US

**# 6**  **Equinox LT Ecotech**  Automatic transmission  98,000 miles  FEB 17 2021

Looking online it appears GM knows about this issue with the Equinox PCV valve freezing in colder climates, causing back pressure in the engine and blowing out the main rear seal. Entire engine/transmission has be removed to repair. There's a tech bulletin from GM on it, however they don't cover the cost. For the life of me I cannot understand why they have not sent out a notice to let people know with a simple retrofit kit to allow proper venting when this happens.

I've owned three equinoxes but this will be the last one. Been lucky, we've had easy winters for years, probably why it didn't happen sooner. It's one thing to have a problem appear and takes some time to address it, from what I've read they've known about this since 2010.

    - **Ava N.**, Chagrin Falls, OH, US

# #5     Equinox     Feb 06 2021
Automatic transmission     50,000 miles

We were in another town... stopped at a red light and an awful smell came through the front defroster, we thought it was the car ahead of us as when we took off it seemed to go away. But when we stopped at the store, it happened again, so we turned the front defroster to the floor and it seemed to let up. Well, we opened the window a crack and headed home.

Got to our dealer, the mechanic got in... I guess they thought we were exaggerating, but they quickly got out of the car, looked underneath and saw the rear main seal blown... No lights, no bells, no nothing to tell us the oil was low and this was one week from the oil change the dealer just did... The smell of burning oil was so bad it made me sick.

Had it been someone who did not realize something was wrong they may have passed out while driving. Shame on GM for not correcting this. So now it is in the shop. Thankfully we had purchased an extended warranty... but we had to cover part of the car rental.

It's been about 2 weeks...they say it should be soon done.

    - **Tammy W.**, Medina, NY, US

# #4     Equinox LS     Mar 02 2021
Automatic transmission     134,500 miles

==2016 Chevy Equinox, all oil changes done on time, Exhaust system maintained properly, brakes, etc. Preventative maintenance taken care of. This past week extremely cold out in New England (0 degrees or so). Driving on freeway and got off to stop for coffee. Thought the car was going to stall out at the light! Get to the gas station, seems OK, but when goes to idle, awful sound from the engine. Put in park, no issues, when driving, no issues.==

==Finish driving another couple miles without any noise and/or issues. No dash lights on, no sounds coming from the car. Nothing that would suggest any issue. Oil had been changed three weeks (maybe four) prior, and the exhaust manifold changed out in between that. No issues had been found on either of those visits.==

==We call the dealer to touch base, they recommend bringing it in. As long as no lights are on, warnings, they think its OK to drive there. Go to backup, warning light says "Low Oil Pressure" but still no engine light on. Park it and turn it off. Oil stick is dry. Oil underneath the car. Have it towed in.==

==They took a look, found the rear main seal was blown out due to excessive pressure from a stuck/frozen PCV.. Now they're stating there's engine damage and recommend a replacement put in to the tune of $7-8 grand. Car isn't worth that much.==

==Amazing that they had similar issues with 2010 - 2014 with Oil Consumption being an issue, and now it seems others are having this same issue with rear main seal failure (catastrophically!). Dealer claims they've seen it before, but nothing they can do. Seems to me they're aware (or becoming aware) of this issue. Do not buy an Equinox from the 2015-2017 years because this is how they fixed the previous issue!==

    - ==**Andrew B.**, Enfield, CT, US==

# #3     Equinox LT 2.4L     Jan 08 2020
Automatic transmission     91,000 miles

Car felt like it was going to stall as I paused to enter a roundabout. I continued through the roundabout and then pulled to the side and shut the car down so I could think without it shaking and hesitating. I decided to pull to a nearby gas station so I held my breath as I did and made it. It was -7 degrees out so I was grateful I stopped short of entering the freeway. It was early morning and I found a shop open. I called a tow truck who charged

me $200 to tow (no AAA membership). I was then charged $130 to run diagnostic which they reduced to $50. They gave me an estimate of $2700 for 10 hours of work and $400 in parts. I was sick so I checked with a less commercial mechanic and he said he could fix the rear main seal blowout for $1000. However, he had not seen the issue and I neglected to tell him how bad it was. When I spoke to him next, he suggested that I take it to a Chevy dealer. I spoke to 2 different dealers, verified that it wasn't compensable by any recall, bulletin or warranty but that Chevy may help with costs based on my loyalty and the fact that this is a known mechanical issue. I then had to rent a vehicle at my expense as I was told it would take 2 weeks for anyone to look at it and do repairs. After 1 week, the dealership I chose gave me a loaner car. I was also going to be charge another $90 for diagnosis. Details that I did not include in this were that I spoke to several mechanics who wanted no part of this because of the severity/size of job. There was oil leaking from every crevice. Several felt that buying a new used engine could lead to this occurring all over again. This was a major struggle for anyone to look at.

In the end, for 5 of 6 of my cars being GM cars in my lifetime, my loyalty got me $200 from Chevrolet/GM. By the way, I could have saved that little bit by going to a decent local mechanic but it was very difficult for any of them to commit. Everyone that I spoke to insisted that I go to Chevy. Instead I paid to have it towed a second time to the Chevy dealer and pay the inflated hourly rate through them.

I vow that this issue will not end with me. I will continue to make this issue known until I reach a reasonable deal. And for all of their $200 loyalty I will return them a favor by NEVER purchasing another Chevy and talking everyone out of their GM cars.

- **pharm522**, Waterloo, US

# 2  **Equinox LS 4 cyl**
Automatic transmission    88,575 miles

JAN 22
**2019**

CLICK TO SEE LARGER IMAGES



Driving on the NJ Turnpike freezing cold out day and my car just dies. I came to a rolling stop on the side of the road. Tried starting car and nothing, then I hear a grinding noise as I turn the key, get out and open the hood. I turn key again and I hear this grinding noise again. Call AAA but they can't pick me up on the Turnpike needs to be a separate tow truck company.

After 45 minutes freezing in the car the tow truck guy shows up. Takes a look at the truck check oil and says I have no oil. Turned key and dash did not show any oil lights lit. Looked at the back of the truck and there was oil all over it see pics. Had to get towed to yard then called AAA to take me to Elkins Chevy. Elkin's Chevy looked at it and said the pcv valve froze causing the rear main seal to break causing engine to lose all oil and cease up. No warning lights or sensors lit up at all. Dealer said I was out of warranty 88,575 miles so i was responsible for fixing.

New engine $6,000 used $4,500 plus what ever other damage to the pvc seal and case. estimated 7,000 to 9000. to fix the truck was only 2 years old and always got serviced oil changes ect. I Bought another equinox 2019 and while transferring my stuff from 1 truck to another service guy said this a common thing with this engine and Chevy is aware. I went home and google what happened and sure enough they have a class action suite against them. They said it should only be on the 2014 and that it was fixed but clearly it was not fixed. I called Chevy, escalation and managers they said since I sold the truck and got a new one there was nothing they could do.

- **Ted K.**, Neptune, US

# 1  **Equinox LT 2.2L**
Automatic transmission    71,000 miles

JAN 31

**2019**

==Parents (senior citizens) got a 2016 Equinox 2wd. Hhad oil changed every 5k @ Valvoline care center. While on a short trip smelled oil, motor started to tick. Parents were close to oil change shop and pulled in. Attendant looked under car pointed out entire bottom of Equinox covered in oil from blown main seal and dip stick was blown up slightly from internal motor pressure. Now parents stuck with large uncovered repair. Warranty should be higher than 60k. Side note: mechanic said many of this type motor go before 100k...:-(==

- ==**Adam T.**, Sebring, OH, US==

---

### About CarComplaints.com ®

CarComplaints.com ® is an online automotive complaint resource that uses graphs to show automotive defect patterns, based on complaint data submitted by visitors to the site. The complaints are organized into groups with data published by vehicle, vehicle component, and specific problem.

Copyright © 2000—2021.. "CarComplaints.com" ®, "Autobeef", "What's Wrong With YOUR Car?" are trademarks of Autobeef LLC, All rights reserved. Front ¾ vehicle photos © 1986-2018 Autodata, Inc. dba Chrome Data.
We use cookies to analyze & improve your experience, & to personalize content and ads. If you continue to use this site, you consent to this use of cookies.. For more information on how we collect and use this information, please review our [Privacy Policy](). California consumers may exercise their [CCPA rights here](). X