# Exhibit 47

4/6/22, 2:19 PM
GM Service Bulletin 14882 - Blocked PCV valve causing Rear Main Seal failure | GMC Terrain, Equinox, and SRX Forum

Case 2:22-cv-10785-MAG-EAS ECF No. 1-48, PageID.323 Filed 04/12/22 Page 2 of 3



Home > Forums > All Theta Models > FAQs, Links & Recalls >

# GM Service Bulletin 14882 - Blocked PCV valve causing Rear Main Seal failure

→ Jump to Latest    Follow

81 - 100 of 154 Posts

◀ 1 2 3 4 5 6 7 8 ▶



**ThreeNox** · Registered
Joined Jun 12, 2019 · 146 Posts

#81 · Jan 16, 2020

> marymary770 said: ⇧
> I had no previous issues with the Chevy before my engine blew. I was just driving home from work on 12/19/19 and it said something about my oil pressure being low. I had no idea what was going on. I drove it for about 5 minutes and my car died in the middle of the road, in an intersection......
> that my rear main seal blew and it ruined my whole engine. ks!

what was the outside temperature?

was it cold outside, was car parked in an outdoor parking lot for an hour in cold weather?

2012 Traverse AWD with Elite E2 X catchcan
Three Equinox AWD with 2.4 engine, 2013, 2016 and 2016

4/6/22, 2:19 PM                                  GM Service Bulletin 14882 - Blocked PCV Valve causing, Rear Main Seal failure | GMC Terrain, Equinox and SRX Forum

Case 2:22-cv-10785-MAG-EAS ECF No. 1-48, PageID.324 Filed 04/12/22 Page 3 of 3

would find on the list would be Mary Barra ! LOL Fortunately for her, she probably drives a Caddy.

2018 Equinox LT1 1.5 L 4 cyl, AWD, S/R Cajun Red Tintcoat/Black

Reply



**John Eliuk** · Registered

Joined Jan 22, 2020 · 1 Posts

#89 · Jan 22, 2020

On Monday morning, 1/20/2020, 5 degrees outside on the way to work my rear seal blew on my 2016 Equinox 2.4L Eco-tec, pcv intake froze. I don't think GM fixed the problem in the older models. 89,000 miles

Reply



**wmontgomery4** · Registered

Joined Jan 24, 2020 · 1 Posts

#89 · Jan 24, 2020

> lynnmm said: ⬆
>
> I just spent 3K on my 2012 Equinox due to the PCV seal failure. I spent 4 hours on the phone with four different CS reps/ managers at GM. Not one person gave me a good reason why all 2010-2014 Equinox 2.4L ECO engines affected, not just a select number of VIN #, are covered by service bulletin # 14882. I received the WORST customer service, everyone was reading from a script sticking to their talking points. Absolutely no help at all.
>
> Click to expand...

Yes. I am dealing with the EXACT same issue right now. Trying to figure out where to start, since GM and the dealership are denying everything and saying my car does not fit in the extended coverage for #14882.