# Exhibit 48

4/7/22, 10:51 AM
Frozen PCV/Rear Main Seal Blow-out | Page 4 | GMC Terrain, Equinox, and SRX Forum
Case 2:22-cv-10785-MAG-EAS ECF No. 1-49, PageID.326 Filed 04/12/22 Page 2 of 15



Home  >  Forums  >  GMC Terrain  >  Terrain General Discussion  >

# Frozen PCV/Rear Main Seal Blow-out

➜ Jump to Latest                    Follow

61 - 80 of 91 Posts                          ◀ 1  2  3  4  5  ▶

**ThreeNox** · Registered
Joined Jun 12, 2019 · 146 Posts

#61  ·  Feb 14, 2020

> JayTee2014 said: ⬆
> Get ready .. soon as single digit or lower temps start up this winter. . .. .
> There'll be more new posters with blown 2.4L main seals.
> Get a vented Delco FC219 oil filler cap and keep it cleaned in very cold weather.

Here in the Midwest,
Last night it is was -5 degrees F,
Today has a high of 10 degrees F

Sadly, folks that drive to work, or drive their little kids to school, In their GM LEA 2.4 liter, 4 cylinder gdi engined Terrains and Equinox's
Folks that drive in this cold weather,
(and folks that do not have a vented cap)

Those good folks ^^ with beautiful, expensive, Terrain's and Equinox's
ARE AT risk of having .....
...... Crankshaft REAR MAIN SEAL FAILURE .....
...... just because they drove their GMC Terrain or Chevy Equinox in cold weather...!!!!
    those good folks might be dangerously stranded on the side of a road    they might be late for work or

...... those good folks might be dangerously stranded on the side of a road.... they might be late for work, or late for school,

and

those good folks with be scr*wed with a more then $2000 bill to fix their GM SUV,

because GM does not warrentee their known failure ==> crankshaft Rear main seal failures due to high crankcase pressure and a frozen PCV system.

I wonder what kind of severity GM engineers gave crankshaft rear main seal failure on their DESIGN FMEA's?......

and what was their corrective action?

Shame on you GM.

2012 Traverse AWD with Elite E2 X catchcan
Three Equinox AWD with 2.4 engine, 2013, 2016 and 2016

Reply



**RIT333** · Registered
Joined Jan 1, 2010 · 10,726 Posts

#62    ·   Feb 15, 2020

Well said, threenox.

2018 Equinox LT1 1.5 L 4 cyl, AWD, S/R Cajun Red Tintcoat/Black

ThreeNox

Reply



**Feliciah** · Registered
Joined Feb 15, 2020 · 1 Posts

#63    ·   Feb 15, 2020 (Edited)

We have a 2012 equinox 2.4 , have had it about a year, bought it off of my sis in law, have had no issues except for the oil usage but have kept up on it just by making sure it's checked often. Today after traveling on the interstate at 75 mph for approximately 10 miles, we pulled off at our exit, my car hesitated and started ticking and making a very strange noise...no lights or warnings at all, so we pulled over and turned it

off...oil poured out from the back of the motor and it was smoking terribly. We had it towed to our mechanics shop, he's thinkin the rear seal has blown. After reading these forums, we have alot in common with many of the posts, it's been very cold here the last few days, my husband said my car smelled like rotten eggs before we left ( which could mean our pcv valve was clogged) and it has 130k miles on it. So where do we go from here, is there any compensation out there for any of us? This is crazy! Anyone have any ideas as to what we need to do?

Reply



**palmtrees218** · Registered
Joined Apr 16, 2018 · 8 Posts

#64 · Feb 20, 2020

Just got my 2015 Terrain back yesterday for the PCV system. Motor was not blown, but it was "recommended" to have it done. $550 later. SMH

"PCV restricted and filled with excessive moisture. Correction removed intake manifold cleaned pcv system, cleaned throttle body, installed new gaskets. and reinstalled intake manifold",

So apparently their "redesign" or whatever they call it is still flawed.

Reply



**garagerog** · Registered
2017 Equinox LT 2.4 FWD
Joined May 29, 2017 · 450 Posts

#65 · Feb 20, 2020

> palmtrees218 said: ⤴
> Just got my 2015 Terrain back yesterday for the PCV system. Motor was not blown, but it was "recommended" to have it done. $550 later. SMH
>
> "PCV restricted and filled with excessive moisture. Correction removed intake manifold cleaned pcv system, cleaned throttle body, installed new gaskets. and reinstalled intake manifold",
>
> So apparently their "redesign" or whatever they call it is still flawed.

You did this as a preventive measure or as we know now should be routine maintenance in cold climates? If so kudos and I would say money well spent. May I ask how many miles on your Terrain and your location?

4/7/22, 10:51 AM Frozen PCV/Rear Main Seal Blow-out. Page 4 | GMC Terrain, Equinox, and SRX Forum

Case 2:22-cv-10785-MAG-EAS ECF No. 1-49, PageID.390 Filed 04/12/22 Page 5 of 15

palmtrees218

Reply

**diehard** · Registered
Joined Feb 21, 2020 · 2 Posts

#66 · Feb 21, 2020

Hi all,

New user here.

I just has this rear main seal issue with my 2015 Equinox not long ago. Many cold days up here in Ottawa, ON. Luckily it was covered under warranty. However, from what the service advisor told me the bill would have been had it been my responsibilty, I am really interested in this issue not happening again.

I see some references here to a vented oil filler cap that would help prevent the issue in the future. I am not mechanically inclined at all and can't seem to find one online that is supposed to fit the vehicle. Would someone be able to point me to a vented cap that is a fit?

Thanks

Reply

**diehard** · Registered
Joined Feb 21, 2020 · 2 Posts

#67 · Feb 21, 2020

scratch that. Just found that the FC219 is vented and supposedly fits.

> diehard said: 
> Hi all,
>
> New user here.
>
> Click to expand...

kcnox

Reply



> diehard said: ⤴
> scratch that. Just found that the FC219 is vented and supposedly fits.

Yup. After reading all the fears hear I ordered a FC219 and tossed it on maybe 3 weeks ago. 2012 2.4L.

Reply



**palmtrees218** · Registered
Joined Apr 16, 2018 · 8 Posts

#69  ·  Feb 24, 2020 (Edited)

Yes, did it as preventive it was recommended by the dealer. There was the same car as mine flat bedded in on the same day I brought mine in. I actually saw it brought in. Unfortunately, their motor blow on the highway. I currently have 92,500 miles.

Reply



**PammyPoo** · Registered
Joined Feb 26, 2020 · 1 Posts

#70  ·  Feb 26, 2020

My engine started fine in 13 degree weather. Drove about 30 miles to church 4 weeks ago. A mile before exit ramp getting off highway I noticed we had no heat. Coasting off exit ramp, I go to give it gas to go uphill and nothing. I look down to see the engine had died. I struggle to get the car to side of ramp and have to roll back alot to straighten the car out with no power to get it out of the way of traffic. My niece and I sit an hour and a half for two truck in 13 degree weather. As the tow truck guy is taking us to the only place open on Sunday, he informs me that there is oil all under my car. With no sound or warning while driving, I am sick to my stomach. We wait 2 hours for Auto tire to get to us. Auto Tire pushes the car that will not turn over into a bay and tryst to start it. One plunk. I am in waiting area when the guy comes to tell me that there is no oil on the dipstick. They push it back outside and I take pictures the next day where oil leaked all underneath the car in about 20 different places. I call GM mad, only 88,000 miles on the car, all

leaked oil underneath the car in about 20 different places. I call GM mad, only 85,000 miles on the car, all highway miles, and they are not willing to do a thing! They told me I needed to have it towed to a dealership and diagnostics done at my expense. And I will need to pay out of pocket for new engine.. and IF my VIN later on got added to class action for excessive oil consumption or anything else that they would reimburse me later, but as of right now my car is not part of it. Not only am I not a rich person, nor do I have thousands laying around to make repairs,but I still owe $10,400 on this car and I had to run right out and purchase something new. I told them, we really LIVE, I need a way to work, school, bank, grocery store doctor today. Now my credit will go down the tubes as I cannot make two car payments! And the dealership that sold me this car Nov 2017 had to know this car has problems!!! I am between a rock and a hard place and dont know where to turn. I am 30 days behind on that car payment in two days and dont have a clue what to do. This is so unfair!!!!!! If anyone has any suggestions on an attorney or what I may be able to do to get out of this, please comment!!!!!

Reply



**RIT333** · Registered
Joined Jan 1, 2010 · 10,726 Posts

#71 · Feb 26, 2020

PammyPoo - unfortunately, i think you are in deep doo-doo.

You may want to do a search on this forum for "rear main seal", but don't get your hopes up. Next time, before buying a car, you may want to do some pre-purchase due diligence. For a $20 part added to your engine, you may still be driving your dead car.

Oh, let me guess - you were driving a 2.4L 4-cylinder in the vintage of 2010-2013. How did I do ?

2018 Equinox LT1 1.5 L 4 cyl, AWD, S/R Cajun Red Tintcoat/Black

kcnox

Reply



**smitty44721** · Registered
Joined Mar 5, 2017 · 106 Posts

#72 · Feb 26, 2020 (Edited)

My ex-wife's 2015 2.4 was tested for oil consumption and qualified for the oil consumption repairs (pistons, rings, timing chain, etc). Part of that procedure for the 2010-2013 vintage (but her 2015 ended up getting

rings, timing chain, etc). Part of that procedure for the 2010-2015 vintage (but her 2015 ended up getting covered after the dealership fought with GM), is to use a 1/16" drill bit to clear the intake PCV orifice so the PCV system properly vents. GM clearly recognizes/acknowledges this issue and even adds this procedure to the bulletin for oil consumption-approved vehicles. I also installed the FC219 vented cap. I also replaced the PCV tube a time or two (it can be easily cleaned out without replacing it but it was under $10 so I just replaced it). I cleared the lines a few times a year myself as a PM. If it weren't for all of that, her 2015 probably would have likely blown a rear main seal by now leaving her and the kids stranded.. I worry this could still happen, b/c I'm no longer around to do the "PCV PMs" and clear the lines in the winter.

For those who haven't yet had a blown seal, if you're noticing the oil consumption, winter gunk, etc, see if you'd qualify for coverage under the bulletin or GM approval if you pass the consumption test (they check oil levels over the span of a few thousand miles and if it's below a certain level, then coverage should apply)..

View attachment GM oil conspn tech bulletin.pdf





Sent from my iPhone using Tapatalk

Reply



**ThreeNox** · Registered
Joined Jun 12, 2019 · 146 Posts

#73 · Feb 27, 2020

> smitty44721 said: ⤴
>
> My ex-wife's 2015 2.4 was tested for oil consumption and qualified for the oil consumption repairs (pistons, rings, timing chain, etc).
>
> I also installed the FC219 vented cap. I also replaced the PCV tube a time or two (it can be easily cleaned out without

Click to expand...

My 2 cents
You might consider an oil cap, that keeps crankcase pressure at zero psi, thus eliminating "gunk" in the cleanside PCV.

The FC 219 oil cap has a cracking pressure greater then 1.5 psi, therefor when crankcase sees 0.5 psi pressure, "gunk" will be pushed into the cleanside PCV, breather hose.

I explain in more detail ... follow the link below.
https://www.equinoxforum.net/31-engine-drivetrain/29813-post-lawsuit-2013-2-4l.html

2012 Traverse AWD with Elite E2 X catchcan
Three Equinox AWD with 2.4 engine, 2013, 2016 and 2016

Reply



**James Adams** · Registered
Joined Feb 23, 2021 · 1 Posts

#74 · Feb 23, 2021

I bought my car new in 2015....I blew the main seal at 89000 miles and then blew the main seals the following winter with 109000 miles and out of warranty. The second time I did it - the engine locked up. They stated because I didn't service my vehicle at a GM dealership they couldn't help me replace the engine. I replace the engine $8000 out of my pocket, because I was upside down on my loan versus car value...so no way to sell it. And GM didn't even help me....couldn't sell my car and give $8000 to cover the cost of the vehicle. They made more money in replacing my engine then selling me a new car. I want to know how to start a class action law suit against GM on this matter. There is a class action law suit against GM on 2014 terrain engine issue. Maybe this forum will help start this law suit and I can get my $8000 back.

Reply



R  **RIT333** · Registered
Joined Jan 1, 2010 · 10,726 Posts

#75 · Feb 23, 2021

Good luck. If you are successful on this, you will be the first one.

2018 Equinox LT1 1.5 L 4 cyl, AWD, S/R Cajun Red Tintcoat/Black

Reply



**Colt Hero** · Registered
2011 Equinox 1LT V6 3.0L FWD 173.6k miles
Joined Feb 8, 2011 · 4,335 Posts

#76 · Feb 24, 2021

> James Adams said: ⬆
> I bought my car new in 2015....I blew the main seal at 89000 miles and then blew the main seals the following winter with 109000 miles and out of warranty. The second time I did it - the engine locked up. They stated because I didn't service my vehicle at a GM dealership they couldn't help me replace the engine. I replace the engine $8000 out of my pocket, because I was upside down on my loan versus car value...so no way to sell it. And GM didn't even help me....couldn't sell
>
> Click to expand...

So you blew the main seal *twice*, and what (??) ... it was covered the first time but not the 2nd?

Did you shop around for a less-costly repair ... like buying a junkyard engine and getting an independent mechanic to install it?

Not apples-to-apples, but a co-worker here just threw a rod on his 2010 (?) Prius (driving it around with a known head gasket leak). It had 250,000 miles on it, so he got his use out of it. And, in fact, he'd already purchased a 2021 Subaru Crosstrek to replace it. But nonetheless, he says he can get a used engine for around $1200 and knows a local mechanic who'll install it for $1000. Maybe you could've gotten a similar deal with a little shopping around.

Just looking on car-part.com right now, I see 0 mile engines (remans) as low as $3k. Also many out of wrecks in the 30k-40k mileage range for under $1,000.

And sure, you take a little bit of risk with the junkyard engines, but you can roll the junkyard dice several times when the dealer cost is $8,000!

2011 Equinox 1LT (dlvd. Jan 2011): Summit White / 3.0 L V6 / FWD / Pioneer Stereo / 18" Wheels / 173.6k miles [16-FEB-2022]

Reply



**tom3** · Registered
Joined Jul 30, 2014 · 505 Posts

#77 · Feb 28, 2021

Should never have happened in the first place. But I would have studied the problem after it did and put on

should never have happened in the first place. But I would have studied the problem after it did and put on the pressure release oil cap deal right away. The power of the internet for these oddball deals is amazing.

Colt Hero

Reply



**Mark Altenbernd** · Registered

Joined Feb 19, 2021 · 4 Posts

#78 · Feb 28, 2021

In February 9th 2021 at 5:00pm when it was 6 degrees with snow covered road outside, I was driving to a appointment about 10 miles away when my car started to act up. No warning lights or bells when off. I

pulled into a Quick Trip and put some heat in thinking to was a gas line freeze up. I went a short 1.5 miles to my appt and my car died. I was able to pull of to the side of the road and notice a lot of oil coming from my car. Again still no warning lights or bells went off. I towed it to Hendrick Chevrolet where all the oil changes and all previous work have been done. The problem is a rear main seal that is blown due to the PCV value getting clogged with water and freezing causing high crack case pressure, blowing the rear seal. GM has a service bulletin 14882 which covers this condition if the car is under 120000 miles/10 years from in service date. My car has 110501miles and the end service date 6/2012 and should be covered. However GM says my VIN # isn't part up the 14882 bulletin. My repair cost is $3200.00 It seems the cars that are manufactured in Mexico are part of this bulletin but the cars manufactured in Canada are not. There are a lot of people out there facing and complaining about this. There is a lot of complaints on your website. This condition only will occurs during below freezing conditions potentially making it a very dangerous condition. In my case if I was driving on I-435 instead of Holmes road my life would have been put in danger.
This should be a very easy fix for GM it make to in sure the safety of drivers during freezing conditions and to prevent the very expensive cost for the consumer to bare. In my case I'm picking up my car, stowing it and finding a lawyer. We must stick together as there is strength in numbers. If someone knows of a class action against GM for this specific condition please inform the rest of us so the ones that what to join can.

tom3

Reply

**C** **Colt Hero** · Registered
2011 Equinox 1LT V6 3.0L FWD 173.6k miles
Joined Feb 8, 2011 · 4,335 Posts

#79 · Mar 1, 2021

> Mark Altenbernd said: ⤴

> [On] February 9th 2021 at 5:00pm when it was 6 degrees ... I towed it to Hendrick Chevrolet where all the oil changes and all previous work have been done. The problem is a rear main seal that is blown due to the PCV value getting clogged with water and freezing causing high crack case pressure, blowing the rear seal. GM has a service bulletin 14882 which covers this condition if the car is under 120000 miles/10 years from in service date. My car has 110501miles and theservice date 6/2012 and should be covered. However GM says my VIN # isn't part up the 14882 bulletin. My repair cost is $3200.00

That's crazy, but we've heard these stories before. The TSB doesn't mention VIN#'s so GM/Dealer can apparently use their discretion as to who gets covered or not?

But I would think this will be a "slam dunk" in Small Claims Court! Good Luck!

P.S. - what work, exactly, did they do for $3200? Sounds like they split the cost of a replacement engine with you?

2011 Equinox 1LT (dlvd. Jan 2011): Summit White / 3.0 L V6 / FWD / Pioneer Stereo / 18" Wheels / 173.6k miles [16-FEB-2022]

Reply



**Camomommaof2** · Registered

Joined Mar 1, 2021 · 1 Posts

#80 · Mar 1, 2021

> YhasheleAcevedo said: ⬆
> 
> 2012 GMC Terrain in WI
> 
> Noticed reduced engine performance, engine noise, burning oil smell, and check engine light on 2 days prior to finding a pool of oil under my car in my garage. Exact date of occurrence 01/08/2018. This is response describes what I went
> 
> Click to expand...

Okay for starters I'm so sorry you went thru this, I agree it is completely bs that they wouldn't help more than they did, with this being said I have a 2017 gmc terrain slt and I have a rear main seal leak as well. My auto mechanic said its due to a factory faulty system within the car itself, the repairs are going to cost me roughly 1400 to get it fixed. My car is the 3rd outta 5 that my mechanic has had to deal with this month alone, but everything I look up recalls there is nothing about the rear main. Seal system being faulty only the air bag. I hope everything works out for you in the end, as I am going to deal with the gmc dealer ship myself.

Reply

Case 2:22-cv-10785-MAG-EAS ECF No. 1-49, PageID.338 Filed 04/12/22 Page 14 of 15

61 - 80 of 91 Posts    ◀  1  2  3  4  5  ▶

## Join the discussion

Continue with Facebook

G Continue with Google

or sign up with email

## Recommended Reading

### So Frustrated!
New Member Section

💬 14    👁 8K

1   12GMCTerrain · updated Feb 28, 2021

### 2012 Terrain Oil Consumption and Engine Damage
Engine & Drivetrain

💬 26    👁 44K

B   BP4800 · updated Mar 19, 2018

### ANOTHER Equinox still ain't fixed!!
Equinox General Discussion

💬 3    👁 3K

C   chasenfins · updated Sep 8, 2015

### Service Stabilitrak Message/Check Engine
Terrain General Discussion

💬 33    👁 63K

K   kristindenim · updated Dec 13, 2016

# Using excessive oil on 2010 Chevy Equinox 2.4L 4 cyl. engine
Engine & Drivetrain

💬 5    👁 7K

G   GregM · updated Jan 23, 2014

Home  >  Forums  >  GMC Terrain  >  **Terrain General Discussion**  >

Home    About Us    Terms of Use    Privacy Policy    Help    Business Directory    Contact Us
Grow Your Business  **NEW**   🔊

VerticalScope Inc., 111 Peter Street, Suite 600, Toronto, Ontario, M5V 2H1, Canada

The Fora platform includes forum software by XenForo

