# Exhibit 49





→ Jump to Latest                                     Follow

Search Community

1 - 17 of 17 Posts

**jtall** · Registered
J   Joined Jan 27, 2021 · 1 Posts

✓ Discussion Starter · #1 · Jan 27, 2021

==2016 GMC Terrain just blew a rear main seal. Weather is cold 20-30 degrees. 76,000 miles. Is there any recalls? I know there is a bulletin. I'm sure GM won't help in any way. What kind of cost to fix it? help!==

Reply

 **rednox301** · Registered
Joined Nov 26, 2014 · 3,014 Posts

#2   ·   Jan 27, 2021

Many posts on this issue, do a search and do a lot of reading.
To replace the seal, the transmission and flywheel have to be unbolted and slid back far enough to install a new seal.