# Exhibit 50

 Car Problems

All Cars ❯ GMC ❯ Terrain ❯ Engine And Engine Cooling ❯ Crankcase (pcv)

## Crankcase (pcv) Problems of GMC Terrain - part 1

GMC Terrain owners have reported 49 problems related to *crankcase (pcv)* (under the engine and engine cooling category). The most recently reported issues are listed below. Also please check out the statistics and reliability analysis of GMC Terrain based on all problems reported for the Terrain.

---

**1**  Crankcase (pcv) problem of the 2015 GMC Terrain                                              **Failure Date:** 01/29/2022

Check engine light on took to dealer and they ran diagnostic. Timing chain is also on its way out. I am the original owner. "water in pcv system obstruction in the secondary air system. " I had this cleaned out a few years ago $500. 00. If the pcv freezes without warning, the engine will seize. No warning for pcv, just visual inspection from tech at dealer.

See all problems of the 2015 GMC Terrain 🔍.

---

Ads by Google

Stop seeing this ad     Why this ad? ▷

---

**2**  Crankcase (pcv) problem of the 2017 GMC Terrain                                              **Failure Date:** 01/10/2022

The contact owns a 2017 GMC Terrain. The contact stated that after his wife had parked the vehicle, the oil light appeared on the instrument panel. Upon exiting the vehicle, she discovered that oil had leaked onto the ground from underneath the vehicle. The contact was called to the scene and placed oil into the vehicle; however, the oil leaked out after restarting the vehicle. The contact then called a friend who was a mechanic and he discovered that the pcv valve had frozen which caused the rear main seal to fracture. The contact also discovered that oil spilled all over the bottom of the engine. The dealer was notified of the failure and informed him that there were no recalls. The manufacturer was also notified of the failure and referred him to NHTSA. The vehicle had yet to be repaired. The ⌄ mileage was approximately 80,000.

---

Ads by Google

Stop seeing this ad     Why this ad?

**3** Crankcase (pcv) problem of the 2011 GMC Terrain                **Failure Date:** 03/10/2021

Due to a faulty pcv design my vehicle experienced a rear main seal failure. It was externally cold. The same as in bulletin 14882. GMC states that my vehicle is not covered.

See all problems of the 2011 GMC Terrain 🔎.

**4** Crankcase (pcv) problem of the 2014 GMC Terrain                **Failure Date:** 02/15/2021

While driving on the interstate in below freezing weather the low oil pressure light illuminated directing me to stop the vehicle immediately. After waiting 2 hours in freezing temperatures I was able to get vehicle towed to a mechanic and the rear main oil seal had blow out due to a blocked pcv valve. This is a know issue up to 2013 GMC Terrains and mine is 2014. Pictures from the special coverage bulletin 14882 looks like identical part still used in the 2014.

See all problems of the 2014 GMC Terrain 🔎.

**5** Crankcase (pcv) problem of the 2016 GMC Terrain                **Failure Date:** 02/14/2021

==The contact owns a 2016 GMC Terrain. The contact stated that while driving 40 mph, there was and abnormal clicking sound coming from the engine. The vehicle was later towed from his residence to an independent mechanic, where the vehicle was diagnosed with a blocked pcv valve which caused the rear main seal failure. The mechanic informed the contact that the clicking sound was from the oil draining at a rapid speed and that the engine needed to be replaced. The contact then called mauer Chevrolet (1055 50th st e, inver grove heights, mn 55077) and was informed of an upcharge for the engine replacement. The contact also called the manufacturer, and was informed that the vehicle needed to be diagnosed by an authorized GMC dealer. The vehicle was not repaired. The approximate failure mileage was 70,000.==

See all problems of the 2016 GMC Terrain 🔎.

**6** Crankcase (pcv) problem of the 2013 GMC Terrain                **Failure Date:** 02/12/2021

2013 Terrain started shaking while my 16 year old daughter was driving it on the highway. She brought it home and parked it. Then it started leaking oil. On 2/15/21, we had the Terrain towed to the local gm dealership. Service manager, fred, said the rear main seal blew out caused from too much pressure due to frozen/plugged pcv. Gm service bulletin 14882 describes this issue. On 2/19/21 at 3:15pm, fred stated on a recorded call with me and gm customer service that the Terrain's �problems are exactly as described in the bulletin� but gm refuses to cover the cost to repair my 2013 Terrain with 99,500 miles. Gm first agreed to pay $500 toward the cost of the repair, but has since reduced the amount to $200. This is a gm design flaw that causes engine damage. Gm customers should not be responsible for paying for a repair caused by the negligence of the manufacturer.

See all problems of the 2013 GMC Terrain 🔎.



Ads by Google
Stop seeing this ad     Why this ad?