# Exhibit 51





Search Community

# Frozen PCV/Rear Main Seal Blow-out

➜ Jump to Latest          Follow

81 - 91 of 91 Posts                                1   2   3   4   5

**Dewalt** · Registered
Joined Mar 12, 2021 · 2 Posts

#81 · Mar 12, 2021

> tom3 said: 
>
> If this was my vehicle out of warranty I'd get a replacement oil cap, drill a hole in it, put a vent hose on it to the air intake somehow. Relieve that pressure the old fashioned way. This is an absurd situation.

==I have 2015 2.4 liter equinox and pcv system froze and rear main oil seal blew 3600 dollars cost and they drilled a bugger hole in pcv valve said thats how gm said it would stop the problem==

Reply

**christopherlompoc** · Registered
2010 chevy equinox lt 2.4, 135k miles. Mocha steel metallic mobile 1 full syn extended performance
Joined Jul 24, 2020 · 1,005 Posts

#82 · Mar 13, 2021

 TheraICE Rx Elbow & Knee Ice Pack for Injuries Compression Sleeve, Reusal
★★★★½ 3,428  $29.95 ✓prime
Shop now