# Exhibit 52

4/6/22, 2:43 PM
Case 2:22-cv-10785-MAG-EAS   ECF No. 1-53, PageID.348   Filed 04/12/22   Page 2 of 4
Chevrolet Equinox, Crankcase (pcv) Problems - part 1

 Car Problems

All Cars › Chevrolet › Equinox › Engine And Engine Cooling › Crankcase (pcv)

## Crankcase (pcv) Problems of Chevrolet Equinox - part 1

Chevrolet Equinox owners have reported 128 problems related to *crankcase (pcv)* (under the engine and engine cooling category). The most recently reported issues are listed below. Also please check out the statistics and reliability analysis of Chevrolet Equinox based on all problems reported for the Equinox.

**1**  Crankcase (pcv) problem of the 2015 Chevrolet Equinox        **Failure Date: 02/20/2022**

The contact owns a 2015 Chevrolet Equinox. The contact stated that while the vehicle was at the dealer for routine maintenance, the dealer inspected and diagnosed that there was a leak near the positive crankcase ventilation (pcv) main seal. The dealer replaced the pcv main seal and intake. The vehicle was repaired. The manufacturer was made aware of the failure but informed the contact that there was no open recall associated with the VIN. The failure mileage was approximately 88,000.

See all problems of the 2015 Chevrolet Equinox .



**2**  Crankcase (pcv) problem of the 2013 Chevrolet Equinox        **Failure Date: 02/04/2022**

The contact owns a 2015 Chevrolet Equinox. The contact stated that during the cold weather months, the pcv valve would become clogged which caused oil to leak from the vehicle. The contact initially took the vehicle to an independent mechanic who notified of a service bulletin that he linked to the failure and referred her to a dealer. The contact called the dealer who acknowledged the failure and informed her that the vehicle needed to be inspected and might be covered under warranty. The manufacturer was then notified of the failure and informed her that the vehicle would not be covered under warranty. The vehicle had yet to be repaired. The failure mileage was approximately 66,260.

See all problems of the 2013 Chevrolet Equinox .

**3  Crankcase (pcv) problem of the 2013 Chevrolet Equinox**  **Failure Date:** 01/24/2022

The contact owns a 2013 Chevrolet Equinox. The contact stated that while his wife was driving at an unknown speed, the check engine warning light and the low oil pressure warning light illuminated. Additionally, the contact noticed that the vehicle was leaking oil. The contact who is a licensed mechanic diagnosed that the positive crankcase ventilation (pcv) valve, and intake manifold needed to be replaced. The dealer was not contacted. The vehicle was not repaired. The manufacturer was notified of the failure. The approximate failure mileage was 105,000.

**4  Crankcase (pcv) problem of the 2013 Chevrolet Equinox**  **Failure Date:** 01/14/2022

My 2013 Equinox has a plugged pcv system. Ironically, this is the same exact issue related to a special coverage adjustment put out by chevy. Special coverage adjustment 14882. My car falls into the timeframe of 10 years and under 120,000. 00 to have this covered for free but they say my VIN wasn't included in this special adjustment. Because my part wasn't made a plant who decided to put out this bulletin, I am just screwed? dealer had an Equinox in the shop at the same time as mine with the exact issue, his car was older than 2013 but his VIN was included. Clearly this is an issue and it isn't right to assume that maybe some parts were missed and can still have the issue even if they weren't made at a particular plant. I want an answer as to why they aren't willing to at least pay half when they are claiming some responsibility and just trying to tell me that my particular part has reached the end of it's life and nothing to do with the VIN's that are included in this adjustment. That is a poor excuse. I was dropping my daughter off at work when all this noise started happening and made it the couple blocks home. Now it has been sitting at the shop for 6 weeks while I have been trying to figure this out. Luckily my other daughter has a car I have been able to use for immediate needs but this is beyond ridiculous. This is a safety issue and something that is a problem with chevy and no one wants to take ownership.

**5  Crankcase (pcv) problem of the 2017 Chevrolet Equinox**  **Failure Date:** 01/14/2022

The contact's daughter owns a 2017 Chevrolet Equinox. The contact stated that while the vehicle was parked, his daughter noticed that oil was leaking underneath the vehicle. The contact stated that he checked the oil level of the vehicle and noticed that the vehicle was low on oil. The contact added 3 quarts of oil to the engine. The contact stated that while his daughter was driving 50-55 mph, the vehicle started making abnormal sounds. The contact's daughter veered to the side of the road. The contact met his daughter and checked the oil level. The contact noticed that the oil level was 2 quarts low and topped off the oil; however, the failure reoccurred the following day and the vehicle was jerking. The warning message "reduced power" was illuminated. The vehicle was towed to the dealer where it was diagnosed that the pcv valve had caused a rear main seal failure, which damaged the engine. The vehicle was not repaired. The manufacturer was contacted and the contact inquired why his daughter's vehicle was not included in gm technical service bulletin no. : 14882 but the manufacturer referred the contact to NHTSA for assistance. The failure mileage was approximately 90,000.

See all problems of the 2017 Chevrolet Equinox .

**6  Crankcase (pcv) problem of the 2016 Chevrolet Equinox**  **Failure Date:** 01/11/2022

The contact owns 2016 Chevrolet Equinox. The contact stated while driving 45 mph, the check engine warning light illuminated and the contact continued driving to the local dealer to be diagnosed. The vehicle was diagnosed and the contact was informed that there was no oil in the engine and that the pcv valve was damaged and that the engine needed to be replaced. The vehicle was repaired. The manufacturer was made aware of the failure. The failure

mileage was approximately 84,500.

See all problems of the 2016 Chevrolet Equinox .

---



**Urologist Urges Men Do This**

3 Foods That Cause Frequent U[rination]

1MD                                                                Learn

---

**7  Crankcase (pcv) problem of the 2017 Chevrolet Equinox**    **Failure Date:** 01/11/2022

The contact owns a 2017 Chevrolet Equinox. The contact stated that the vehicle was leaking oil as oil was found on the garage floor. The vehicle was taken to an independent mechanic where the diagnosis was that the pcv valve was frozen however, the repairs were unknown to the contact as the mechanic stated that the issue was resolved. The contact stated that while his daughter was driving the oil warning light illuminated. The vehicle was towed back to the independent mechanic. The independent mechanic started the vehicle and noticed oil was leaking from the rear main seal. The engine and transmission needed to be removed to replace the rear main seal. The vehicle had not been repaired. The contact stated that the mechanic informed him that there was a recall for the failure. The contact stated that he called the dealer and manufacture and it was confirmed that the VIN was not included in a recall. The contact was referring the failure to an unknown manufacturer recall. The approximate failure mileage was 58,000.

---

**8  Crankcase (pcv) problem of the 2013 Chevrolet Equinox**    **Failure Date:** 01/05/2022

Chevy Equinox has known TSB 14882 for blocked pcv port due to too small design. Exhaust and gas smell enters cabin and makes CO alarm go off. Feeling of whoosy and safety issue. Gm called and reported issue but they refused to even look at vehicle. If exhaust from engine venting due to high pressure with pcv known clog issue - could cause loss of consciousness next time. Consider this a near miss.

---

**9  Crankcase (pcv) problem of the 2017 Chevrolet Equinox**    **Failure Date:** 01/04/2022

The contact owns a 2017 Chevrolet Equinox. The contact stated that while the vehicle was in for service, it was discovered that water was present inside the engine pcv. The contact was informed that the condition could lead to engine damage. The contact was informed that a hole needed to be drilled into the pcv unit to allow airflow. The contact was informed that the manufacturer had issued an extended warranty coverage for the issue however, her model year vehicle was not included. The vehicle was not yet repaired. The manufacturer was notified of the failure. The failure mileage was 51,000.