# Exhibit 53

WIKIPEDIA

# GMC Terrain

The **GMC Terrain** is a crossover SUV by American manufacturer General Motors under its sub-brand GMC. The Terrain was built on GM's Theta platform, like the Chevrolet Equinox.[1] It is now built on the Delta platform. It replaced the Pontiac Torrent which was often sold in the same dealerships prior to GM dropping the Pontiac brand.[2] The Terrain is GMC's smallest vehicle slotted below the Acadia.

## Contents

First generation (2010)
    2016 refresh
    Engines
    Natural gas version
Second generation (2018)
    2022 refresh
Sales
References
External links



| GMC Terrain | |
|---|---|
| **Overview** | |
| Manufacturer | General Motors |
| Production | August 10, 2009–present |
| Model years | 2010–present |
| **Body and chassis** | |
| Class | Mid-size crossover SUV (2010–2017) Compact crossover SUV (2018–present) |
| Body style | 5-door SUV |
| Layout | Front-engine, front-wheel drive or all-wheel drive |
| **Chronology** | |
| Predecessor | GMC Envoy Pontiac Torrent GMC Terrain (for variant of Opel Antara, Middle East) |

## First generation (2010)

The 2010 Terrain debuted in April 2009 at the New York International Auto Show, introduced as a replacement for the Pontiac Torrent, which ended production after GM shut down the Pontiac brand in 2010. Although the preceding Pontiac Torrent had the same Theta platform, the Torrent was a rebadged version of the original Chevrolet Equinox from 2005–09, while GM decided to differ the look of the Chevrolet Equinox with its 2010

| First generation |
|---|
| |

Terrain and still use the Theta platform. Early 2010 models have the GM Mark of Excellence logo applied on the sides of the vehicle.

For the 2013 model year, the GMC Terrain introduced the Denali trim which consists of more chrome trim and slightly improved interior quality, the 3.6L SIDI V6 that is shared with the 2012 Cadillac SRX in place of the optional 3.0L SIDI V6, and firmer front struts. The Denali also offers cross-traffic detection, blind-spot warning and a power passenger seat as options.[3]

## 2016 refresh

For 2016, the GMC Terrain received a facelift as part of its first mid-cycle refresh along with the Equinox. The refresh consisted of new front and rear fascias, new grille, a power dome hood, LED daytime running lights, new wheels, a new gear selector, a second storage shelf under the dashboard, as well as deletion of the door lock buttons from the dashboard.[4]

In 2016, GMC introduced the Terrain Nightfall edition, which replaces chrome with gloss-black finish on the grille surround, the front and rear fascia accents, the license-plate surround, mirror caps, and roof rack, as well as charcoal grille inserts and darkened headlights pulled from the Terrain Denali. The Terrain Nightfall comes with revised rims with machined faces and black spokes. The Terrain Nightfall trim is available on the SLE-2 and SLT trim levels and is available only in Onyx Black, Summit White, Graphite Gray, and Crimson Red.[5]



|  | Overview |
|---|---|
| Production | August 10, 2009–2017 |
| Model years | 2010–2017 |
| Assembly | Canada: Ingersoll, Ontario (CAMI) |
|  | **Body and chassis** |
| Body style | 5-door SUV |
| Platform | GM Theta platform |
| Related | Chevrolet Equinox Cadillac SRX |
|  | **Powertrain** |
| Engine | 2.4 L *LAF* I4 2.4 L *LEA* I4 3.0 L *LF1 or LFW* V6[1] 3.6 L *LFX* V6[3] |
| Transmission | 6-speed automatic I4 Models 6T45 V6 Models 6T70 |
|  | **Dimensions** |
| Wheelbase | 112.5 in (2,858 mm)[1] |
| Length | 2010–12: 185.3 in (4,707 mm) 2013–: 187.8 in (4,770 mm) |
| Width | 72.8 in (1,849 mm) |
| Height | 66.3 in (1,684 mm) |




2013 GMC Terrain Denali

2017 Terrain Nightfall Edition

## Engines

The first generation Terrain is powered by a choice of two engines, a 2.4-liter 4-cylinder and a V6 engine that was upgraded from 3.0 liters of displacement to 3.6 liters in 2013:

| Years | Engine | Power | Torque |
| --- | --- | --- | --- |
| 2010–2011 | 2.4 L *Ecotec LAF* I4 | 182 hp (136 kW) | 172 lb·ft (233 N·m) |
| 2012–2017 | 2.4 L *Ecotec LEA* I4 | 182 hp (136 kW) | 172 lb·ft (233 N·m) |
| 2010–2012 | 3.0 L *High Feature LF1 or LFW* V6 | 264 hp (197 kW) | 222 lb·ft (301 N·m) |
| 2013–2017 | 3.6 L *High Feature LFX* V6 | 301 hp (224 kW) | 272 lb·ft (369 N·m) |

## Natural gas version

In 2013, Nat G CNG Solutions (http://www.nat-g.com) in Houston, TX and AGA Systems (http://agasystemsinc.com) in Salt Lake City, UT announced that they had begun offering a Compressed Natural Gas (CNG) version of the Terrain and the Chevy Equinox using the 2.4L Direct Injection engine. The natural gas version is a "bi-fuel" CNG vehicle, meaning it runs on either gasoline or natural gas, giving it extended range. The Terrain/Equinox were the first direct injection natural gas vehicles ever approved by the US EPA.[6]



Natural Gas GMC Terrain at the NGVA Show in Atlanta November, 2013

The CNG version was available for newly purchased Terrains through select dealers or as a retrofit on 2013 and 2014 models. Nat G CNG Solutions® offered the vehicle in two options: a two-seater "cargo version (https://web.archive.org/web/20140825124753/http://www.nat-g.com/nat-g-and-aga-systems-introduce-new-natural-gas-crossover/)" and a five-seat "passenger version (https://web.archive.org/web/20140825124753/http://www.nat-g.com/nat-g-and-aga-systems-introduce-new-natural-gas-crossover/)." The cargo version has an 837-mile combined gasoline / natural gas (9.2 gge of CNG) while the passenger version has a 775-mile combined highway range (6.8 gge of CNG).





**Interior of 5 Seat "Passenger Version"** from Nat G CNG Solutions and AGA Systems

**Loaded interior of "Cargo Version"** from Nat G CNG Solutions and AGA Systems

**Interior of "Cargo Version"** from Nat G CNG Solutions and AGA Systems

The companies claimed that the natural gas version had tested at the EPA lab at 31 mpg highway on natural gas and had achieved a Bin 3 emissions equivalent to the Toyota Prius.[6]

Silver Eagle Distributors, L.P., the nation's largest distributor of Anheuser-Busch products,[7] was the launch customer for the natural gas version with an initial order of up to 100 of the natural gas versions.

## Second generation (2018)

On January 8, 2017, the second generation GMC Terrain was unveiled at the 2017 North American International Auto Show as a 2018 model. The second generation went on sale in Summer 2017 and will be available in three engine choices, and standard features such as a 7-inch touchscreen and LED daytime running headlights and taillights. There is also a more luxurious variant called the GMC Terrain Denali.

Available features include Apple CarPlay and Android Auto functionality, Wi-Fi hotspot capability, and safety technology such as surround vision camera system, GM's vibrating Safety Alert Seat, forward-collision alert, low-speed forward automatic braking, and lane-keep assist with lane-departure warning.[8]



| Second generation | |
|---|---|
| **Overview** | |
| Production | 2017–present |
| Model years | 2018–present |
| Assembly | Mexico: San Luis Potosi, San Luis Potosi (San Luis Potosí Assembly) |
| **Body and chassis** | |
| Platform | GM D2XX |
| Related | Chevrolet Equinox  Buick Envision |
| **Powertrain** | |
| Engine | 1.5 L *LYX* turbo I4 |
| | 2.0 L *LTG* turbo I4 (2018-2020) |
| | 1.6 L *LH7* turbo-diesel I4 (2018-2019) |
| Transmission | 9T45 9-speed automatic (1.5 L) |
| | 9T50 9-speed automatic (2.0 L) |
| | 6T45 6-speed automatic (diesel) |
| **Dimensions** | |
| Wheelbase | 107.3 in (2,725 mm) |
| Length | 183.1 in (4,652 mm) |
| Width | 72.6 in (1,843 mm) |


Rear view


2018 GMC Terrain Denali

### 2022 refresh

In February 2020, General Motors unveiled a refreshed version of the GMC Terrain; it was initially planned to go on sale in mid-2020 as 2021 model year vehicle but General Motors cancelled the GMC Terrain facelift in March 2020, due to production issues and declining demand to launch redesigned and facelifted vehicle models in 2020 as 2021 MY vehicles, as a result of the 2020 economic recession. General Motors confirmed that the GMC Terrain refresh will instead go on sale in Summer 2021 as 2022 model year vehicle along with refreshed versions of the Chevy Equinox, Chevy Traverse, and Buick Enclave.[9]

| | |
|---|---|
| **Height** | 65.4 in (1,661 mm) |
| **Curb weight** | 3,327 lb (1,509 kg) (1.5 L FWD) |

# Sales

| Calendar year | Sales (US) |
|---|---|
| 2009[10] | 14,033 |
| 2010[11] | 60,519 |
| 2011[11] | 83,179 |
| 2012 | 97,786 |
| 2013[12] | 99,525 |
| 2014[13] | 105,016 |
| 2015[14] | 112,030 |
| 2016[15] | 87,925 |
| 2017[16] | 85,441 |
| 2018[17] | 114,314 |
| 2019[18] | 101,470 |
| 2020[19] | 86,020 |
| 2021[20] | 47,488 |

# References

1. Strongman, Tom (May 13, 2011). "2011 GMC Terrain" (http://www.kansascity.com/2011/05/13/2872739/2011-gmc-terrain.html). *Kansas City Star*. KansasCity.com. Retrieved May 14, 2011.
2. General Motors (2010-03-02). "Sales and Production Release February 2010" (http://media.gm.com/content/media/us/en/news/news_detail.print.GMCOM.html/content/Pages/news/us/en/2010/Mar/0302_Feb_Sales). Retrieved 2011-04-19.
3. Wilson, Kevin (June 19, 2012). "2013 GMC Terrain Denali" (http://www.popularmechanics.com/cars/reviews/trucks/2013-gmc-terrain-denali-test-drive-9865402?click=pm_latest). *Popular Mechanics*. popularmechanics.com. Retrieved June 19, 2012.
4. Truett, Richard (March 31, 2015). "GMC Terrain undergoes facelift for 2016" (http://www.autonews.com/article/20150331/OEM03/150339966/gmc-terrain-undergoes-facelift-for-2016). *Auto News*. autonews.com. Retrieved April 9, 2015.
5. Turkus, Brandon (March 21, 2016). "GMC Terrain Nightfall Edition is murdered-out for the masses" (http://www.autoblog.com/2016/03/21/gmc-terrain-nightfall-edition-official/). *Autoblog*. Retrieved March 25, 2016.
6. Piellisch, Rich. "Nat G CNG for New GM Crossovers" (https://web.archive.org/web/20140419100215/http://www.fleetsandfuels.com/fuels/cng/2013/12/nat-g-cng-for-gm-crossovers/). Fleets and Fuels.com. Archived from the original (http://www.fleetsandfuels.com/fuels/cng/2013/12/nat-g-cng-for-gm-crossovers/) on 19 April 2014. Retrieved 2 December 2013.
7. John L. Nau

8. Gluckman, David (January 8, 2017). "2018 GMC Terrain loses the V6 and gains a diesel for an all-turbo lineup" (http://www.autoblog.com/2017/01/08/2018-gmc-terrain-turbo-diesel-detroit-2017/#slide-4339886). *Autoblog*. Retrieved January 8, 2017.
9. https://gmauthority.com/blog/gm/gmc/terrain/2022-gmc-terrain/
10. "General Motors 2009 Calendar Year Sales" (http://investor.gm.com/sales-production/docs/sales_prod/09_12/deliveries_0912.pdf) (PDF). General Motors.
11. "December 2011 Sales: General Motors" (http://media.gm.com/content/Pages/news/us/en/2012/Jan/gmsales/_jcr_content/rightpar/sectioncontainer/par/download/file.res/Deliveries%20December%202011.pdf) (PDF). General Motors. 2012-01-04. Retrieved 2012-02-08.
12. "GM US Deliveries for December 2013" (http://media.gm.com/dld/content/dam/Media/gmcom/investor/2014/jan/Deliveries-December-2013.pdf) (PDF). General Motors.
13. "GM US Deliveries for December 2014" (http://media.gm.com/dld/content/Pages/news/us/en/2015/Jan/gmsales/_jcr_content/rightpar/sectioncontainer/par/download_0/file.res/Deliveries-December-2014.pdf) (PDF). General Motors.
14. "GM US Deliveries for December 2015" (http://media.gm.com/dld/content/Pages/news/us/en/2016/Jan/0105-gmsales/_jcr_content/rightpar/sectioncontainer_0/par/download_0/file.res/GM-Deliveries-December-2015.pdf) (PDF). General Motors.
15. http://media.gm.com/dld/content/Pages/news/us/en/2017/jan/0104-gmsales/_jcr_content/rightpar/sectioncontainer_0/par/download_0/file.res/Deliveries-December-2016.pdf
16. http://media.gm.com/dld/content/Pages/news/us/en/2018/jan/0103-gmsales/_jcr_content/rightpar/sectioncontainer_0/par/download_0/file.res/Deliveries-December-2017.pdf
17. https://media.gm.com/media/us/en/gm/home.detail.html/content/Pages/news/us/en/2019/jan/0103-gmsales.html
18. https://media.gm.com/media/us/en/gm/home.detail.html/content/Pages/news/us/en/2020/jan/0103-gmsales.html
19. https://media.gm.com/media/us/en/gm/home.detail.html/content/Pages/news/us/en/2021/jan/0105-gmsales.html
20. https://media.gm.com/media/us/en/gm/news.detail.html/content/Pages/news/us/en/2022/jan/0104-gmsales.html

# External links

- Official website (http://m.gmc.com/previous-year/terrain-small-suv.html)
- GMC Terrain Forum (http://www.terrainforum.net)

Retrieved from "https://en.wikipedia.org/w/index.php?title=GMC_Terrain&oldid=1076841851"

This page was last edited on 13 March 2022, at 06:42 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License 3.0; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.