# Exhibit 54

**WIKIPEDIA**

# Chevrolet Equinox

The **Chevrolet Equinox** is a series of mid-size, later compact crossover SUVs from Chevrolet, introduced in 2004 for the 2005 model year.

| Chevrolet Equinox | |
|---|---|
|  | |
| Overview | |
| Manufacturer | General Motors |
| Production | 2004–present |
| Model years | 2005–present |
| Body and chassis | |
| Class | Mid-size crossover SUV (2004–2017) |
| | Compact crossover SUV (2018–present) |
| Body style | 5-door SUV |
| Layout | Front-engine, front-wheel-drive |
| | Front-engine, all-wheel-drive |
| Chronology | |
| Predecessor | Chevrolet Tracker |
| | Chevrolet Blazer |
| | Chevrolet TrailBlazer |
| | Chevrolet Captiva |
| | Chevrolet Captiva Sport |

## Contents

**First generation (2005)**
    Pontiac Torrent
    Engines
    Sport Trims
    2008 Model Year Changes
    Equinox LTZ
    Olympic-themed Special Editions
**Second generation (2010)**
    Model year changes
        2013
        2014
        2015
        2016
    Engines
    EPA fuel economy ratings
**Third generation (2018)**
    Trim levels
    2022 facelift
    Holden Equinox
**Equinox EV**
**Fuel cell version**
    Performance
**Natural gas version**
    CNG configurations
    Emissions and performance
**Electric conversion**
**Sales**
    Equinox
    Pontiac Torrent
**References**
**External links**

# First generation (2005)


Rear view


Interior

The Chevrolet Equinox was introduced in 2004 for the 2005 model year. Originally, the Equinox was shown at the 2003 Detroit Auto Show.

The Pontiac Torrent was introduced in 2005 for the 2006 model year. The Pontiac Torrent was originally shown at the 2005 Los Angeles Auto Show.

Riding on the GM Theta platform, the unibody is mechanically similar to the Saturn Vue and the Suzuki XL7. However, the Equinox and the Torrent are larger than the Vue, riding on a 112.5 in (2,858 mm) wheelbase, 5.9 in (150 mm) longer than the Vue. Front-wheel drive is standard, with optional all-wheel drive. They are not designed for serious off-roading like the truck-based Chevrolet Tahoe and Chevrolet TrailBlazer.

For the 2006 model year, GM updated the Equinox for the first time, adding GM badges on the front doors, as well as recoloring the dashboard panel from gray to black.

The first generation Equinox and Torrent were produced exclusively at the CAMI Automotive GM/Suzuki joint venture plant in Ingersoll, Ontario, Canada. The 3.4 L *LNJ* V6 engine is made in China (by Shanghai GM), while the Aisin AF33 transmission is made in Japan. Starting with the 2008 model year, the Equinox Sport and Pontiac GXP were available with a 3.6 L V6 engine that was made in the United States. Production ended in May 2009.

The Chevrolet Equinox was not sold in Mexico during the 2009 model year.

## Pontiac Torrent

| First generation | |
|---|---|
| **Overview** | |
| Also called | Pontiac Torrent |
| Production | 2004–2009 |
| Model years | 2005–2009 (Equinox) |
| | 2006–2009 (Torrent) |
| Assembly | Canada: Ingersoll, Ontario |
| **Body and chassis** | |
| Class | Mid-size crossover SUV |
| Platform | GM Theta platform/GMT191 |
| Related | GM HydroGen4 |
| | Opel Antara |
| | Saturn Vue |
| | Suzuki XL7 |
| | Pontiac Torrent |
| | Chevrolet Cobalt |
| **Powertrain** | |
| Engine | Gasoline: |
| | 3.4 L *LNJ* V6[1] |
| | 3.6 L *LY7* V6 |
| Transmission | 5-speed Aisin *AF33* automatic |
| | 6-speed GM-Ford *6T70* automatic |
| **Dimensions** | |
| Wheelbase | 112.5 in (2,857 mm) |
| Length | 188.8 in (4,796 mm) |
| Width | 71.4 in (1,814 mm) |



Pontiac Torrent

| | |
|---|---|
| Height | 68.3–69.3 in (1,735–1,760 mm) |

While the Torrent shares its basic body structure and mechanicals with the Equinox, it does have a different front and rear styling.

The Torrent was discontinued after the 2009 model year as part of the discontinuation of the Pontiac brand, with the last one rolling off the assembly line on September 2, 2009. A Buick Theta crossover SUV was to be made, effectively taking place of the Pontiac Torrent.[2] Instead, GM replaced the Torrent with the GMC Terrain, which shares the Theta platform with the second generation Equinox.

## Engines

| Years | Engine | Power | Torque |
|---|---|---|---|
| 2005–2009 | 3.4 L LNJ V6 | 185 hp (138 kW) | 210 lb·ft (285 N·m) |
| 2008–2009 | 3.6 L LY7 V6 | 264 hp (197 kW) | 250 lb·ft (339 N·m) |

## Sport Trims



2008 Pontiac Torrent GXP

For the 2008 and 2009 model years, GM offered different versions of the Equinox and Torrent; called **Sport/SS** and **GXP**, respectively. Featuring a 3.6-liter LY7 DOHC V6 engine and a 6-speed automatic transmission (with Manual Tap Up/Down shifting capability). This larger and more powerful (264 hp (197 kW) or 40% increase) engine allowed acceleration from 0 to 60 mph (97 km/h) in under seven seconds.

These models also received a 1 in (25 mm) lowered ride height with a performance-tuned suspension and unique front and rear body kits. The lower stance is accented by the 18 inch 5-spoke chrome wheels and the absence of the roof rack, giving them a smoother design flow compared to the standard models. The GXP had twin hood scoops, hydraulic power-assisted steering (as opposed to the electric power-assisted standard Torrent), improved interior trim with unique gauges, and a dual chrome-tipped exhaust.

Optional features included navigation, heated sport leather seats, DVD entertainment system, a sunroof and all-wheel drive.[3] GM stated the Equinox Sport was the first vehicle to reflect its more cautious naming standards. GM also prominently promoted the GXP in television advertisements by touting its horsepower advantage over the BMW X3, in an effort to brand Pontiac more as a direct, low-cost rival to BMW.

## 2008 Model Year Changes

Changes to 2008 Equinox and Torrent models included the relocation of the compass readout from the inside rearview mirror to the driver information center (on models so-equipped), and three new exterior colors: Navy Blue Metallic, Black Granite Metallic, and Golden Teal Metallic.

OnStar was standard on the 2008 Equinox and Torrent. This system included for Turn-by-Turn Navigation, the first factory-installed, fully integrated GPS navigation system from OnStar. The 2008 models included an enhanced ride and handling package with stiffer shocks, bushings, and tuned spring rates. Four-wheel disc brakes with ABS and tire pressure monitoring system was standard.

An Electronic Trailer Sway Control was introduced that integrated into the standard StabiliTrak system. This can detect the occurrence of trailer sway that may be caused by improper trailer weight balance or excessive vehicle speed. If the trailer begins to sway, StabiliTrak will apply brakes individually, independent of the driver controlling the brake pedal, to assist stabilizing the vehicle. Under these conditions a light will flash to signal the driver to reduce vehicle speed. If trailer sway continues, the system will reduce engine torque to reduce the speed of the vehicle.

Head curtain side air bags were optional.

### Equinox LTZ

An Equinox LTZ model was added for the 2008 model year. It is differentiated by its 17-inch chrome-clad aluminum wheels, chrome door handles and chrome luggage rack side rail inserts. Standard interior features include heated front seats, leather seating inserts, head curtain side impact air bags, AM/FM stereo with six-disc in-dash CD changer and MP3 CD playback capability, and a Pioneer premium seven-speaker audio system. Equinox LTZ came with the same ride and handling package as LS and LT models.



Chevrolet Equinox LTZ

### Olympic-themed Special Editions

For the 2008 model year, in tribute to the Vancouver 2010 Winter Olympic Games, the Equinox and Torrent each received a special edition; the **Team Canada Edition** and the **Podium Edition**, respectively. This package added chrome-clad wheels, sunroof, premium sound system, and special badging.[4] These trims were sold only in Canada.



2008 Pontiac Torrent Podium Edition at the Montreal Auto Show

## Second generation (2010)

The second generation Equinox was announced by GM on December 21, 2008, and debuted at the 2009 North American International Auto Show in Detroit.[7][8] The 2010 Equinox went on sale in June 2009. It is built on a stiffened version of the same "Theta" platform used in the previous model. The second generation Equinox was built with a pair of upgraded gasoline direct injection engines, with better fuel economy claimed by GM. Earlier 2010

| **Second generation** |
| --- |


Chevrolet Equinox LTZ AWD (Chile)



models had the GM badges on the front doors, but were later deleted.[9]

Marketing of Chevrolet Equinox resumed in Mexico during late November 2009, for the 2010 model year after a year of absence. Sales of the Chevrolet Equinox to Mexico were stopped after the 2011 model year. However, in October 2015 the Equinox was reintroduced in Mexico to replace the Captiva Sport for the 2016 model year.

The second generation Equinox is available standard with a 2.4-liter I4 engine produced in Tonawanda, New York and Spring Hill, Tennessee, with a 3.0-liter V6 engine is available as an option.[10] Both powertrains contain six-speed automatics and optional all-wheel-drive systems, with front-wheel-drive being standard.[11]

## Model year changes

### 2013

For the 2013 model year, a new direct-injected 3.6L V-6 became available on LT and LTZ models, providing 301 horsepower (225 kW) and 272 lb.-ft. of torque (369 Nm). This engine offered 14 percent more horsepower and 22 percent more torque than the previous 3.0-liter V-6, with the same EPA-estimated fuel economy. A new FE2 suspension package was offered, matched with the 3.6-liter V-6 and packaged with 18-inch or 19-inch chrome-clad wheels on LTZ models. The 2013 model year introduced Chevrolet MyLink telematics system to the Equinox.

Additional new features for 2013 models included a dual-player DVD entertainment system, a Power convenience package, a safety package with lane departure warning system, forward collision warning and rear park assist, as well as three exterior colors; Champagne Silver Metallic, Atlantis Metallic and Tungsten Metallic.[12]

### 2014

| | Overview | |
|---|---|
| **Production** | June 2009–2017 |
| **Model years** | 2010–2017 |
| **Assembly** | Canada: Ingersoll, Ontario; Oshawa, Ontario United States: Spring Hill, Tennessee (May 2013–2015)[5] |
| **Designer** | Ron Aselton[6] |
| **Body and chassis** | |
| **Class** | Mid-size crossover SUV |
| **Platform** | GM Theta platform/GMT192 |
| **Related** | GMC Terrain Cadillac SRX Saab 9-4X Saturn Vue Pontiac Torrent Opel Antara Suzuki XL-7 |
| **Powertrain** | |
| **Engine** | Gasoline: 2.4 L LAF I4 2.4 L LEA I4 3.0 L LF1 or LFW V6 3.6 L LFX V6 |
| **Transmission** | 6-speed automatic |
| **Dimensions** | |
| **Wheelbase** | 112.5 in (2,857 mm) |
| **Length** | 187.8 in (4,770 mm) |
| **Width** | 72.5 in (1,842 mm) |
| **Height** | 66.3 in (1,684 mm) |

For the 2014 model year, chrome-clad wheels became standard on LTZ models, and two new exterior colors, Red Rock Metallic and Silver Topaz Metallic, became available.

## 2015

The 2015 model year saw the addition of OnStar with 4G LTE and built-in Wi-Fi hotspot, which included a 3GB/three-month data trial, standard on LT and LTZ models, with navigation available on LTZ and 2LT. Blue Velvet Metallic and Sea Grass Metallic were added to the list of available exterior colors.

## 2016

For 2016, the Chevrolet Equinox received its first mid-cycle refresh along with its cousin the GMC Terrain, which was unveiled at the 2015 Chicago Auto Show on February 12, 2015. This Equinox received a new grille, headlights and front fascia as well as reworked tail lights. In the interior, the Equinox gained a new gear selector, a second storage shelf underneath the dashboard, as well as deletion of the door lock buttons from the dashboard. A new level trim, L, was introduced as the base level, as LS was made the second level, followed by LT and another new trim Premier (replacing LTZ for 2017). Both LT1, LT2, and LTZ level trims were discontinued.

More features are in LTZ and LS trims, while LT is unchanged from 2015. However, the OnStar delete feature was removed along with the discontinuation of five color palates, the CD/AM/FM/MP3/WMA Playback audio system, the rear seat entertainment system and one set of 19-inch chrome wheels. In its place are the Chevrolet MyLink system that became standard on all trims, four new color palates, and new 17- and 18-inch wheel trims.[13]



2016 Chevrolet Equinox

## Engines

| Years | Engine | Power | Torque |
| --- | --- | --- | --- |
| 2010–2011 | 2.4 L Ecotec LAF I4 | 182 hp (136 kW) | 172 lb·ft (233 N·m) |
| 2012–2017 | 2.4 L Ecotec LEA I4 | 182 hp (136 kW | 172 lb·ft (233 N·m) |
| 2010–2012 | 3.0 L High Feature LF1 or LFW V6 | 264 hp (197 kW) | 222 lb·ft (301 N·m) |
| 2013–2017 | 3.6 L High Feature LFX V6 | 301 hp (224 kW) | 272 lb·ft (369 N·m) |

## EPA fuel economy ratings

Skepticism about the Equinox's EPA fuel economy ratings has been raised after a number of road tests at the model's launch achieved 20 to 30% lower fuel economy than the official EPA ratings. After achieving 18.8 mpg$_{US}$ (12.5 L/100 km; 22.6 mpg$_{imp}$) in a road test, Edmunds InsideLine stated, "...our testing didn't come close to achieving [the EPA's numbers], even though we're usually within 1 mpg of the EPA combined number. "[14] Car and Driver recorded another 18 mpg$_{US}$ (13 L/100 km; 22 mpg$_{imp}$) figure and noted its "...fuel economy that won't live up to the 22 mpg$_{US}$ (11 L/100 km;

26 mpg_imp)/32 mpg_US (7.4 L/100 km; 38 mpg_imp) EPA ratings in real-world use...".[15] Green Car Reports recorded as much as 25.8 mpg_US (9.1 L/100 km; 31.0 mpg_imp) on a road trip, driving almost exclusively highway miles in "Eco" mode;[16] this is about 20% below the published highway EPA rating. AutoWeek only averaged 23 mpg_US (10 L/100 km; 28 mpg_imp).[17] The Truth About Cars published an editorial suggesting that GM "inflated" the Equinox's fuel economy ratings for public relations purposes and that the trip computer inaccurately reports fuel economy reported to the driver.[18]

Motorweek, however, managed to achieve 29.3 mpg_US (8.0 L/100 km; 35.2 mpg_imp) with their test car during mixed driving.[19] LeftlaneNews.com was also able to average 28 mpg_US (8.4 L/100 km; 34 mpg_imp) average in mixed city and highway driving.[20]

## Third generation (2018)



Rear view



Interior

Chevrolet unveiled the third-generation Equinox on September 22, 2016.[23] Gasoline-powered variants of the 2018 Chevrolet Equinox went on sale in early 2017, while diesel-powered variants arrived in autumn 2017. This generation shrunk in size to a compact crossover SUV, with its former role occupied by the new Chevrolet Blazer.

The third-generation Equinox is available with up to three engine choices. Gasoline engines are identical to the 2016 Chevrolet Malibu: a 1.5-liter turbocharged inline four-cylinder (I4) engine that produces 170 horsepower (12 hp less than the 2.4-liter engine in the previous Equinox but more torque), a 2.0-liter turbocharged I4 engine that produces 252 horsepower (48 hp less than the 3.6-liter V6 engine in the previous Equinox), or a 1.6-liter turbo-diesel I4 engine that produces 136 horsepower (the latter will also be available in future Chevrolet Cruze models as well). The 3.6-liter V6 engine option did not carry on to the third generation. The 2.0-liter unit will also be paired with a nine-speed automatic transmission.

| Third generation | |
|---|---|
| **Overview** | |
| Also called | Holden Equinox (Australia & New Zealand) |
| Production | 2017–present |
| Model years | 2018–present<br>2018–2021 (Australia & New Zealand) |
| Assembly | Canada: Ingersoll, Ontario (CAMI)<br><br>China: Wuhan, Hubei (Shanghai GM)<br><br>Mexico: Ramos Arizpe, Coahuila (Ramos Arizpe Assembly)[21]<br><br>San Luis Potosi, San Luis Potosi (San Luis Potosí Assembly) |
| Designer | Jeff Perkins[22] |
| **Body and chassis** | |
| Class | Compact crossover SUV[23] |

| | |
|---|---|
| Platform | GM D2XX |
| Related | Buick Envision |
| | GMC Terrain |
| **Powertrain** | |
| Engine | **Gasoline:** |
| | 1.5 L *LYX* turbo I4 |
| | 2.0 L *LTG* turbo I4 (2018-2020) |
| | **Diesel:** |
| | 1.6 L *LH7* turbodiesel I4 (2018–2019) |
| Transmission | 6-speed automatic |
| | 9-speed automatic |
| **Dimensions** | |
| Wheelbase | 107.3 in (2,725 mm) |
| Length | 183.1 in (4,652 mm) |
| Width | 72.6 in (1,843 mm) |
| Height | 65.4 in (1,661 mm) |
| **Chronology** | |
| Predecessor | Chevrolet Captiva (global) |
| | Chevrolet Captiva Sport (North America) |

New safety features introduced in the third-generation Equinox include a surround-view camera, forward collision warning, low-speed automatic braking, a Safety Alert Seat that uses vibration pulses to help alert the driver and avoid crashes, as well as a Rear Seat Alert system that alerts drivers who had opened the back door at the start of a trip to check the back seat once they get to their destination, a feature first introduced on the 2017 GMC Acadia.[24]

The third-generation Equinox also introduced a new AWD system from GKN Driveline, which allows the driver to disengage the driveshaft to reduce friction and rotational inertia during the times when AWD is not needed.[25] After the 2019 model year, AWD was no longer offered for the diesel-powered Equinox, due to low consumer demand.[26] But, this change never took place as the diesel engine was discontinued after the 2019 model year.[27]

The 2.0-liter LTG turbocharged inline-4 was discontinued for the 2021 model year due to low consumer demand as it only represented for around 7 percent of all Equinox sales.[28]

The Equinox was discontinued again in the Mexican market in July 2021 due to poor sales, being indirectly replaced by the Captiva, although it still continues to be produced for export markets.[29]

## Trim levels

The third generation Equinox is available in four trim levels: L, LS, LT, and Premier. The 1.5-liter turbo I4 is available on all trims. The 2.0-liter turbo I4 is available on LT and Premier. The 1.6-liter turbo diesel was available on LT and Premier.

Also there is an appearance package available on the Equinox known as the Redline Edition. The Redline Edition is only available on the LT trim without the panoramic sunroof or diesel engine. The Redline Edition was available in October 2017.

The Midnight trim line came to Mexico on September 2, 2019.[30]

## 2022 facelift

On February 6, 2020, Chevrolet unveiled a refreshed Equinox at the Chicago Auto Show. The updated vehicle sports a new front grille, which extends into the redesigned headlamps, along with a restyled lower fascia with different foglamps. The rear also sees small changes in the way of redesigned taillamps and a different bumper. The trim levels change slightly, with the RS joining the primary LS, LT, and Premier offerings. The sport/street-centric RS trim is set apart by its unique front and rear facias, black exterior accents, black badges, "Dark Android" 19-inch wheels and quad-tip exhaust.

Inside, the sport-inspired crossover features black upholstery with red contrasting stitching and an RS-branded shift knob. The base L trim level will be dropped, this makes the LS trim level the base model.[31] The midnight, sport, and redline editions were also discontinued, all of these appearance packages are intended to be replaced by the new RS trim level.[32] In addition, four exterior colors will be dropped; pacific blue metallic (G6O), nightfall gray metallic (G7Q), midnight blue metallic (GLU), and cajun red tintcoat (GPJ).[33] The refreshed Equinox will go on sale in the first quarter of 2021 as a 2022 model, as there is no demand to launch brand-new redesigned and facelifted vehicles in 2020 as 2021 MY vehicles due to effects from the coronavirus pandemic.[34][35]

The 2022 model will only available with the 1.5-liter LYX turbo inline-4.[36] The 2.0-liter LTG turbo inline-4 will not return for the 2022 refresh.[37]



2022 Chevrolet Equinox LT AWD



2022 Chevrolet Equinox LT AWD



2021 Chevrolet Equinox RS (China)

### Equinox EV

Chevrolet will expand its EV lineup in fall 2023 to include the Equinox EV, an electric version of the compact SUV of the same name. The Equinox EV, which will be launched with both fleet and retail versions, including LT and RS trims, will leverage GM's Ultium Platform.

"The Equinox has always played an important role for Chevrolet as the second-highest selling brand nameplate," said Steve Hill, Chevrolet vice president. "Providing an affordable EV option in the industry's highest volume segment proves Chevy is going to make EVs available to everyone."

### Engines

| Model year | Type/model | Power | Torque |
|---|---|---|---|
| 2018–present | 1.5 L (91 cu in) LYX turbo I4 | 170 hp (127 kW) at 5,600 rpm | 203 lb·ft (275 N·m) at 2,000–4,000 rpm |
| 2018–2020 | 2.0 L (122 cu in) LTG turbo I4 | 252 hp (188 kW) at 5,500 rpm | 260 lb·ft (353 N·m) at 2,500–4,500 rpm |
| 2018–2019 | 1.6 L (98 cu in) LH7 turbodiesel I4 | 137 hp (102 kW) at 3,750 rpm | 240 lb·ft (325 N·m) at 2,000 rpm |

## Holden Equinox

Holden launched the Holden Equinox (EQ series) in Australia in November 2017, with the first cars arriving in Australia and New Zealand in December. It was available with a 1.5-liter turbocharged engine on the base LS and LS+ models, while the more potent 2.0-liter turbocharged model was available for all other models - LT, LTZ and LTZ-V. The 1.6-liter turbo-diesel engine launched in 2018.[38] It was produced at GM's Ramos Arizpe assembly facility in Mexico, and replaced the Korean-built five-seat Captiva.



Holden Equinox (Australia and New Zealand)

The Australasian Equinox was sold alongside the seven-seat Holden Acadia, known as the GMC Acadia in the Americas, rather than the Chevrolet Traverse, which sits above the Equinox in select Chevrolet markets.[39]

On October 17, 2018, Holden halted orders on the Equinox due to slow sales and unsold inventory at its dealerships.[40] The Holden Equinox was discontinued in 2020, along with the rest of the Holden lineup, following GM's decision to terminate the marque in Australia and New Zealand and withdraw from all right-hand drive markets due to poor sales and adequate investments not being returned for demand and funding needed continue to serve and remain present in right-hand drive markets.[41]

# Equinox EV

The battery electric version of the Equinox was introduced in January 2022 in a set of artist impression images at the 2022 Consumer Electronics Show (CES) and will go on sale in the fall of 2023 for the 2024 model year. It received a completely separate design and underpinnings to the ICE-powered Equinox.[42]

# Fuel cell version

The Chevrolet Equinox Fuel cell vehicle uses hydrogen for fuel with water as its only exhaust. The Equinox Fuel Cell uses the fourth-generation hydrogen technology found in the Chevrolet Sequel concept, which was unveiled in September 2009. The fuel cell is designed for only 50,000 miles (80,000 km) of driving, but is engineered to be operable in subfreezing temperatures throughout its life. GM states that the Equinox Fuel Cell is about 500 pounds (230 kg) heavier than the original Equinox and has one inch less ground clearance. To reduce weight, it has aluminum doors and a carbon fiber hood. It uses headlights from the Pontiac Torrent.



A dashboard mounted screen calculates the fuel savings to that of a gasoline-powered Equinox. It also includes a kilowatt meter and a fuel cell energy display. The fuel cell has four vapor outlets that replace the exhaust pipe. Three carbon-fiber fuel tanks store up to a maximum of 9.25 pounds (4.2 kg) of gaseous hydrogen at 10,000 psi (70 MPa), and give the Equinox a range of 200 miles (320 km). The Equinox Fuel Cell is certified by the EPA as a zero-emission vehicle (ZEV). GM built 115 Chevrolet Equinox Fuel Cell vehicles and deployed them in 2007–2008 in several target areas including New York and California as part of a comprehensive plan dubbed "Project Driveway".[43]

Chevrolet Equinox Fuel Cell with its first generation

The Equinox Fuel Cell includes safety features such as ABS, traction control system, and GM's OnStar telematics service, which offers drivers advice on operating the cars as well as information on nearby hydrogen filling stations. The car meets all 2007 federal safety standards.

## Performance

*Motor Trend* assessed the vehicle's performance as nearly the same as the 3.6-liter gasoline-powered equivalent, while bemoaning the dearth of high-pressure hydrogen filling stations near Riverside, California, in 2008.[44]

# Natural gas version

In 2013, Nat G CNG Solutions and AGA Systems announced that they had begun offering a Compressed Natural Gas (CNG) version of the Chevy Equinox and the GMC Terrain using the 2.4 L Direct Injection engine. The natural gas version is a "bi-fuel" CNG vehicle, meaning that it can run on either gasoline or natural gas, giving it extended range. The Terrain/Equinox were the first direct-injection natural gas vehicles ever approved by the US EPA.[45]

Silver Eagle Distributors, a distributor of Anheuser-Busch products, was the launch customer for the natural gas version with an initial order of up to 100 of the natural gas GMC Terrains. CenterPoint Energy was an early customer of the natural gas Chevy Equinox.[46]

## CNG configurations

The CNG version was available as a newly purchased Equinox through select dealers or as a retrofit on 2013 and 2014 models. Nat G CNG Solutions offered the vehicle in two options: a two-seater "cargo version" and a five-seat "passenger version." The cargo version has an 837-mile combined gasoline / natural gas (9.2 gge of CNG) while the passenger version has a 775-mile combined highway range (6.8 gge of CNG).

## Emissions and performance

The companies claimed that the natural gas version had tested at the EPA lab at 31 mpg highway on natural gas and had achieved a Bin 3 emissions equivalent to the Toyota Prius.[45]

# Electric conversion

Amp Electric Vehicles sells an all-electric conversion of the Chevrolet Equinox. They have sold their first electric Equinox to Dayton Power & Light, and had a five-year, thousand-SUV order from Northern Lights Energy in Iceland.

# Sales

## Equinox



Chevrolet Equinox AMP-converted battery electric vehicle

| Calendar year | U.S.[47] | Mexico[48] | China[49] |
| --- | --- | --- | --- |
| 2004 | 84,024 | | |
| 2005 | 130,542 | 8,080 | |
| 2006 | 113,888 | 6,086 | |
| 2007 | 89,552 | 5,402 | |
| 2008 | 67,447 | 1,876 | |
| 2009 | 86,148 | | |
| 2010 | 149,979 | | |
| 2011 | 193,274 | | |
| 2012 | 218,621 | | |
| 2013 | 238,192 | | |
| 2014 | 242,242 | | |
| 2015 | 277,589 | 3,376 | |
| 2016 | 242,195 | 13,712 | |
| 2017 | 290,458 | 7,954 | 53,090 |
| 2018 | 332,618 | 4,020 | 71,497 |
| 2019 | 346,048 | 2,427 | 50,471 |
| 2020 | 270,994 | 1,428 | 42,778 |
| 2021 | 165,323 | 443 | 43,200 |

## Pontiac Torrent

| Calendar year | U.S. |
|---|---|
| 2005 | 10,303[50] |
| 2006 | 43,174[51] |
| 2007 | 32,644[51] |
| 2008 | 20,625[52] |
| 2009 | 9,638 |
| 2010 | 68 |

# References

1. "2008 Pontiac Torrent" (http://archives.media.gm.com/us/pontiac/en/product_services/r_cars/r_c_torrent/08index.html) (Press release). GM. 1 August 2007.
2. Migliori, Craig (19 August 2009). "General Motors cancels plans for Buick compact crossover" (https://web.archive.org/web/20090821190742/http://www.autoweek.com/article/20090819/CARNEWS/908199989). *AutoWeek*. Archived from the original (http://www.autoweek.com/article/20090819/CARNEWS/908199989) on 21 August 2009. Retrieved 19 August 2009.
3. "2008 Chevrolet Equinox Sport" (http://www.leftlanenews.com/2008-chevrolet-equinox-sport-revealed.html). Leftlanenews.com. 14 December 2006. Retrieved 16 October 2009.
4. "2009 Chevrolet Equinox Overview Page" (http://www.gm.ca/gm/english/vehicles/chevrolet/equinox/overview). GM Canada. Retrieved 22 May 2009.
5. "Spring Hill Manufacturing" (http://media.gm.com/media/us/en/gm/company_info/facilities/assembly/springhill.html). GM. 29 October 2015. Retrieved 21 December 2015.
6. "Vehicle body" (https://patents.google.com/patent/USD608691S1). Retrieved 20 September 2016.
7. "2010 Chevy Equinox Unveiled" (https://web.archive.org/web/20110606081109/http://www.automoblog.net/2008/12/22/2010-chevy-equinox/). *Automoblog.net*. Archived from the original (http://www.automoblog.net/2008/12/22/2010-chevy-equinox/) on 6 June 2011. Retrieved 23 December 2008.
8. "2010 chevrolet equinox auto shows" (https://web.archive.org/web/20121031161923/http://www.caranddriver.com/news/2010-chevrolet-equinox-auto-shows). 19 December 2008. Archived from the original (http://www.caranddriver.com/news/auto_shows/2009_detroit_auto_show_naias_auto_shows/production_debuts/2010_chevrolet_equinox_auto_shows) on 31 October 2012. Retrieved 26 February 2009.
9. "GM to drop corporate logo from vehicles" (http://www.detnews.com/article/20090825/AUTO01/908250320/1148/rss25). The Detroit News. Retrieved 30 September 2010.
10. "2010 2010 Chevrolet Equinox Gets 32 MPG (13.6km/L) Highway in Early Tests; Awaits EPA Validation" (https://web.archive.org/web/20090614184912/http://wot.motortrend.com/6509317/auto-news/2010-chevrolet-equinox-gets-32-mpg-highway-in-early-tests-awaits-epa-validation/index.html). MotorTrend.com. Archived from the original (https://wot.motortrend.com/6509317/auto-news/2010-chevrolet-equinox-gets-32-mpg-highway-in-early-tests-awaits-epa-validation/index.html) on 14 June 2009. Retrieved 4 May 2009.
11. "2010 Chevy Equinox Review" (http://www.automoblog.net/2009/09/19/2010-chevy-equinox-review/). Automoblog.net. 19 September 2009.
12. "Chevrolet Equinox - 2013" (http://media.gm.com/content/media/us/en/chevrolet/vehicles/Equinox/2013.html) (Press release). Media.gm.com. 15 December 2014. Retrieved 26 June 2015.

13. Ecclestone, Chris (8 June 2015). "2016 Chevy Equinox Gets New Colors, Equipment Changes, And More" (http://gmauthority.com/blog/2015/06/2016-chevy-equinox-gets-new-colors-equipment-changes-and-more). *GM Authority*. Retrieved 27 February 2016.
14. "2010 Chevrolet Equinox LT2 Full Test and Video" (https://web.archive.org/web/20100209022300/http://www.insideline.com/chevrolet/equinox/2010/2010-chevrolet-equinox-lt2-full-test-and-video.html). Edmunds InsideLine. 29 September 2009. Archived from the original (http://www.insideline.com/chevrolet/equinox/2010/2010-chevrolet-equinox-lt2-full-test-and-video.html) on 9 February 2010. Retrieved 17 February 2010.
15. Jared Gall (August 2009). "2010 Chevrolet Equinox LT - Short Take Road Test" (https://web.archive.org/web/20100111064558/http://www.caranddriver.com/reviews/car/09q3/2010_chevrolet_equinox_lt-short_take_road_test). Car and Driver. Archived from the original (http://www.caranddriver.com/reviews/car/09q3/2010_chevrolet_equinox_lt-short_take_road_test) on 11 January 2010. Retrieved 17 February 2010.
16. John Voelcker (27 October 2009). "Drive Report: 26mpg in 2010 Chevrolet Equinox Four-Cylinder" (https://web.archive.org/web/20091031055759/http://www.greencarreports.com/blog/1037186_drive-report-26-mpg-in-2010-chevrolet-equinox-four-cylinder). GreenCarReports.com. Archived from the original (http://www.greencarreports.com/blog/1037186_drive-report-26-mpg-in-2010-chevrolet-equinox-four-cylinder) on 31 October 2009. Retrieved 17 February 2010.
17. "The 2010 Chevrolet Equinox 2LT, an AutoWeek Drivers Log" (https://web.archive.org/web/20100329103947/http://www.autoweek.com/article/20100120/CARREVIEWS/100129995). autoweek.com. 24 February 2010. Archived from the original (http://www.autoweek.com/article/20100120/CARREVIEWS/100129995) on 29 March 2010. Retrieved 21 July 2010.
18. "Why the Chevy Equinox EPA Mileage Numbers Don't Add Up" (http://www.thetruthaboutcars.com/why-the-chevy-equinox-epa-mileage-numbers-dont-add-up/). Thetruthaboutcars.com. 16 February 2010. Retrieved 23 August 2010.
19. "2010 Chevrolet Equinox vs. 2011 Kia Sorento, Program #2939" (https://web.archive.org/web/20100601073606/http://www.mpt.org/motorweek/reviews/rt2939a.shtml). Motorweek. 28 May 2010. Archived from the original (http://www.mpt.org/motorweek/reviews/rt2939a.shtml) on 1 June 2010. Retrieved 6 July 2010.
20. "Review: 2010 Chevrolet Equinox LT FWD" (http://www.leftlanenews.com/chevrolet-equinox-review.html).
21. Villavicencio Alexandra (30 June 2017). "Nueva Equinox, de México al mundo" (http://www.dineroenimagen.com/2017-06-30/88319). *Dinero en imagen*. Retrieved 1 July 2017.
22. "2018 Chevy Equinox Design Team Enhanced Aero, Interior Space" (https://thenewswheel.com/2018-chevy-equinox-design-team-enhanced-aero-interior-space/). Thenewswheel.com. 13 March 2017. Retrieved 13 March 2017.
23. "Chevrolet Introduces All-New 2018 Equinox" (http://media.chevrolet.com/media/us/en/chevrolet/home.detail.html/content/Pages/news/us/en/2016/sep/0922-2018-equinox.html). 22 September 2016.
24. Turkus, Brandon (22 September 2016). "2018 Chevy Equinox gains turbo power and an optional diesel" (http://www.autoblog.com/2016/09/22/2018-chevy-equinox-turbo-diesel-engine/). *Autoblog*. Retrieved 12 October 2016.
25. Markus, Frank (23 September 2016). "2018 CHEVROLET EQUINOX FIRST LOOK" (https://www.motortrend.com/cars/chevrolet/equinox/2018/2018-chevrolet-equinox-first-look-review/). *Motortrend*. Retrieved 12 April 2018.
26. "2020 Chevy Equinox, GMC Terrain Diesel Say So Long To AWD" (http://gmauthority.com/blog/2019/05/2020-chevy-equinox-gmc-terrain-diesel-say-so-long-to-awd/) from GM Authority (May 1, 2019)

27. "Chevy Equinox and GMC Terrain diesels discontinued for 2020 model year" (https://www.autoblog.com/2019/07/12/chevrolet-equinox-gmc-terrain-drop-diesel-engine/). *Autoblog*. Retrieved 14 May 2021.
28. "2021 Chevrolet Equinox To Drop Turbo 2.0L Engine: Exclusive" (https://gmauthority.com/blog/2020/07/2021-chevrolet-equinox-to-drop-turbo-2-0l-engine-exclusive/). *GM Authority*. 12 July 2020. Retrieved 14 May 2021.
29. Ponce, Esaú (6 August 2021). "¡No sólo Beat y Spark! Chevrolet Equinox también se deja de vender en México" (https://noticias.autocosmos.com.mx/2021/08/06/no-solo-beat-y-spark-chevrolet-equinox-tambien-se-deja-de-vender-en-mexico). *Autocosmos México* (in Mexican Spanish). Retrieved 6 August 2021.
30. "El Chevrolet Equinox estrena su edición Midnight en México" (https://www.motorpasion.com.mx/industria/chevrolet-equinox-midnight-mexico-precio). 3 September 2019.
31. "2022 Chevy Equinox To Drop Base L Trim Level" (https://gmauthority.com/blog/2021/04/2022-chevy-equinox-to-drop-base-l-trim-level/). *GM Authority*. 9 April 2021. Retrieved 14 May 2021.
32. "2022 Chevy Equinox Loses Midnight, Sport And Redline Editions" (https://gmauthority.com/blog/2021/04/2022-chevy-equinox-loses-midnight-sport-and-redline-editions/). *GM Authority*. 26 April 2021. Retrieved 14 May 2021.
33. "The 2022 Chevy Equinox Will Lose These Four Paint Colors" (https://gmauthority.com/blog/2021/05/the-2022-chevy-equinox-will-lose-these-four-paint-colors/). *GM Authority*. 12 May 2021. Retrieved 14 May 2021.
34. "2021 Chevrolet Equinox Unveiled At The Chicago Auto Show" (https://gmauthority.com/blog/2020/02/2021-chevrolet-equinox-unveiled-at-the-chicago-auto-show/) from Autoblog (February 6, 2020)
35. "Planned Refresh Of 2021 Chevrolet Equinox Delayed Until 2022 Model Year" (https://gmauthority.com/blog/2020/04/refreshed-2021-chevrolet-equinox-will-now-launch-as-a-2022-model-year-vehicle/). GM Authority. 13 April 2020.
36. "Chevrolet Equinox - 2022" (https://media.gm.com/media/us/en/chevrolet/vehicles/Equinox/2022.html). *media.gm.com*. Retrieved 6 June 2020.
37. "GM Cancels Plans To Offer 2.0L Turbo Engine In 2022 Chevy Equinox Refresh" (https://gmauthority.com/blog/2021/03/gm-cancels-plans-to-offer-2-0l-turbo-engine-in-2022-chevy-equinox-refresh/). *GM Authority*. 15 March 2021. Retrieved 14 May 2021.
38. "2018 Holden Equinox pricing and specs | CarAdvice" (http://www.caradvice.com.au/600902/2018-holden-equinox-pricing-and-specs/). *CarAdvice.com*. Retrieved 17 November 2017.
39. "2018 Holden Acadia quick drive review | CarAdvice" (http://www.caradvice.com.au/568625/2018-holden-acadia-quick-drive-review/). *CarAdvice.com*. Retrieved 17 November 2017.
40. "Holden Stops Commodore, Equinox Production" (http://gmauthority.com/blog/2018/10/amid-sales-downturn-holden-stops-production-of-commodore-equinox/) from GM Authority (October 17, 2018)
41. "GM Corporate Newsroom - United States - Home" (https://media.gm.com/media/au/en/holden/home.detail.html/content/Pages/news/au/en/2020/feb/0217_Holden.html).
42. Levin, Tim. "Chevy unveiled its cheapest electric model yet, a $30,000 crossover SUV" (https://www.businessinsider.com/chevy-electric-equinox-blazer-ev-electric-suv-2023-2022-1). *Business Insider*. Retrieved 6 January 2022.
43. "The Best Emissions Strategy Is A Zero-Emissions Strategy" (http://www.chevrolet.com/experience/fuel-solutions/fuel-cell/). Chevrolet.com. Retrieved 16 October 2009.
44. Kim Reynolds (October 2008). "First Test: 2008 Chevrolet Equinox FCV - Waterworks: Fourteen Days In The Hydrogen Economy" (https://www.motortrend.com/roadtests/suvs/112_0812_2008_chevrolet_equinox_fcv_first_test/). *Motor Trend*. Retrieved 26 June 2015.

45. Piellisch, Rich. "Nat G CNG for New GM Crossovers" (https://web.archive.org/web/20140419100215/http://www.fleetsandfuels.com/fuels/cng/2013/12/nat-g-cng-for-gm-crossovers/). Fleets and Fuels.com. Archived from the original (http://www.fleetsandfuels.com/fuels/cng/2013/12/nat-g-cng-for-gm-crossovers/) on 19 April 2014. Retrieved 2 December 2013.

46. *Business Wire*. yahoo.com. 18 November 2013 https://web.archive.org/web/20140420074442/http://finance.yahoo.com/news/aga-systems-nat-g-cng-150000994.html (https://web.archive.org/web/20140420074442/http://finance.yahoo.com/news/aga-systems-nat-g-cng-150000994.html). Archived from the original (https://finance.yahoo.com/news/aga-systems-nat-g-cng-150000994.html) on 20 April 2014. Retrieved 19 November 2013. `{{cite news}}`: Missing or empty |`title=` (help)

47. "Chevrolet Equinox US car sales figures" (https://carsalesbase.com/us-chevrolet-equinox/). *carsalesbase.com*. 31 October 2015. Archived (https://web.archive.org/web/20200516172450/https://carsalesbase.com/us-chevrolet-equinox/) from the original on 16 May 2020. Retrieved 15 January 2022.

48. "Venta al público y producción de vehículos ligeros por marca, modelo, segmento y país origen" (https://www.inegi.org.mx/app/tabulados/pxwebv2/pxweb/es/RAIAVL/RAIAVL/RAIAVL_8_9.px/). *Instituto Nacional de Estadística, Geografía e Informática (INEGI)* (in Mexican Spanish). Retrieved 26 October 2021.

49. "Chevrolet Equinox China auto sales figures" (https://carsalesbase.com/china-chevrolet-equinox/). *carsalesbase.com*. 17 May 2017. Archived (https://web.archive.org/web/20200811141444/https://carsalesbase.com/china-chevrolet-equinox/) from the original on 11 August 2020. Retrieved 15 January 2022.

50. "GM Reports 392,041 Deliveries in December" (http://archives.media.gm.com/servlet/GatewayServlet?target=http://image.emerald.gm.com/gmnews/viewpressreldetail.do?domain=2&docid=21738) (Press release). GM. 4 January 2006.

51. "GM Reports 323,453 December Deliveries; 3.87 Million Vehicles Sold in 2007" (https://archive.today/20120712054317/http://archives.media.gm.com/servlet/GatewayServlet?target=http://image.emerald.gm.com/gmnews/viewpressreldetail.do%3Fdomain=3&docid=42261) (Press release). GM. 3 January 2008. Archived from the original (http://archives.media.gm.com/servlet/GatewayServlet?target=http://image.emerald.gm.com/gmnews/viewpressreldetail.do?domain=3&docid=42261) on 12 July 2012.

52. "Deliveries December 09" (http://media.gm.com/content/Pages/news/us/en/2010/Jan/0105_Dec_Sales/_jcr_content/iconrow/textfile/file.res/Deliveries%20December%2009.xls) (XLS). *media.gm.com/content*. Retrieved 2 April 2010.

# External links

- Chevrolet Equinox Official site (USA) (https://www.chevrolet.com/suvs/equinox)
- Chevrolet Equinox Official site (Canada) (https://www.chevrolet.ca/en/suvs/equinox)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Chevrolet_Equinox&oldid=1079224188"

**This page was last edited on 25 March 2022, at 17:59 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License 3.0; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.