# Exhibit 55

 **Corporate Newsroom** | United States

# GM Crossover Sales Surge Higher

Daily rental deliveries down 20 percent per plan

2017-05-02

**DETROIT** — General Motors (NYSE: GM) today reported April sales of 244,406 crossovers, trucks and cars, driven by exceptionally strong crossover sales at Chevrolet, Buick, GMC and Cadillac.

GM expects to gain retail market share for the month, with industry volumes about equal to a year ago, adjusted for one fewer selling day.

- In April, Chevrolet crossovers were up 27 percent on a retail basis; Buick's were up 48 percent; GMC's were up 20 percent; and Cadillac's were up 46 percent.
- Year to date, Chevrolet crossovers were up 24 percent on a retail basis; Buick's were up 34 percent; GMC's were up 15 percent; and Cadillac's were up 23 percent.

"We see crossovers becoming an even bigger part of the industry and GM sales over the next five years," said Kurt McNeil, U.S. vice president of Sales Operations. "Just five years ago, about one in four GM sales were crossovers. Today, they account for almost one-third of our deliveries and we see more growth ahead."

During April, Chevrolet dealers delivered 4,500 all-new 2018 Equinox 1.5L compact crossovers, with a 2.0L model arriving this summer, followed by a diesel model. The all-new 2018 Traverse midsize crossover will arrive during the summer.

GMC dealers will begin delivering the all-new Terrain compact crossover in late summer and Buick dealers will roll out the new Enclave midsize crossover in the fall.

**April Sales Overview (vs. 2016)**

- GM's total sales were down 6 percent. There was one fewer selling day in April year over year. Selling-day-adjusted sales are about 4 percentage points higher than reported sales.
- Retail sales were 191,911 units, down 4 percent. Selling-day-adjusted retail sales were essentially equal to a year ago.
- Fleet sales were 52,495 units, down 11 percent, or down 7 percent selling-day adjusted. Deliveries to daily rental companies were down 20 percent, as planned.
- GM's fleet portfolio is well-balanced, with Commercial and Government deliveries higher than rental in the first four months of the year and Commercial and Government market share is up versus the industry. GM is on track to deliver its third consecutive year of year-over-year decline in rental volume and mix.
- GM's incentive spending as a percentage of average transaction prices (ATP) was lower than domestic and many Asian competitors, which was the case throughout 2016.
- GM's spending in April was 11.7 percent, according to J.D. Power PIN estimates, which was below the company's first quarter average of 14.1 percent and March's level of 13.6 percent.

- ATPs were approximately $35,000, up more than $600 per unit compared to the first quarter of 2017.
- As planned, GM's inventories reflect strong sales, lower car production and strategic, launch-related growth in truck and crossover stocks.
- The company expects to end 2017 at essentially the same inventory levels as 2016 on a days' supply basis, but with fewer cars and more trucks and crossovers in stock.

"When you look at the broader economy, including a strong job market, rising wages, low inflation and low interest rates, and couple them to low fuel prices and strong consumer confidence, you have everything you need for auto sales to weather headwinds and remain at or near historic highs," said Mustafa Mohatarem, GM chief economist.

**April Brand Highlights (vs. 2016)**

**Chevrolet**

- Chevrolet crossover sales set a new April and calendar year to date record for both total and retail sales.
- Chevrolet Bolt EV deliveries totaled 1,292 units during the month.
- Retail deliveries of the Trax, a vehicle that helped spark the rapid growth of the small crossover segment, were up 45 percent. It had its best April and calendar year to date sales on both a total and retail basis.
- Retail deliveries of the Equinox and Traverse were up 23 percent and 19 percent, respectively. The Traverse had its best April and calendar year to date sales ever on a retail basis.
- Cruze retail deliveries were up 24 percent and total deliveries were up 51 percent.

**Buick**

- Buick had its best April retail sales in 15 years and its best April total sales since 2005.
- The Encore, which helped ignite the boom in small crossovers, had its best month ever in April. Its total and retail sales have now been up year over year for eight consecutive months.
- Envision retail sales were 3,576 units for its best month since launch.  Enclave retail deliveries rose 4 percent.

**GMC**

- Denali models had their best month ever. Close to one-third of all GMC deliveries were Denalis, including half of all Sierra HDs.
- The Acadia had its best April ever, with total deliveries up 45 percent and retail deliveries up 42 percent. The vehicle has gained a full point of retail segment share in 2017 driven by the all-new design launched last year.
- The Terrain was up 14 percent in total.

**Cadillac**

- Cadillac retail deliveries were up 7 percent.
- Year to date retail deliveries of the all-new XT5 crossover were 25 percent higher than the outgoing SRX.
- Calendar year to date, XT5 ATPs are up more than $3,300 year over year compared to the SRX.

**General Motors Co.** (NYSE:GM, TSX: GMM) and its partners produce vehicles in 30 countries, and the company has leadership positions in the world's largest and fastest-growing automotive markets. GM, its subsidiaries and joint venture entities sell vehicles under the Chevrolet, Cadillac, Baojun, Buick, GMC, Holden, Jiefang, Opel, Vauxhall and Wuling brands. More information on the company and its subsidiaries, including OnStar, a global leader in vehicle safety, security and information services, can be found at http://www.gm.com

**Forward-Looking Statements**

In this press release and in related comments by our management, we use words like "anticipate," "appears," "approximately," "believe," "continue," "could," "designed," "effect," "estimate," "evaluate," "expect," "forecast," "goal," "initiative," "intend," "may," "objective," "outlook," "plan," "potential," "priorities," "project," "pursue," "seek," "should," "target," "when," "will," "would," or the negative of any of those words or similar expressions to identify forward-looking statements that represent our current judgment about possible future events. In making these statements we rely on assumptions and analyses based on our experience and perception of historical trends, current conditions and expected future developments as well as other factors we consider appropriate under the circumstances. We believe these judgments are reasonable, but these statements are not guarantees of any events or financial results, and our actual results may differ materially due to a variety of important factors, both positive and negative. These factors, which may be revised or supplemented in our reports on SEC Forms 10-K, 10-Q and 8-K, include among others the following: (1) our ability to deliver new products, services and customer experiences in response to new participants in the automotive industry; (2) our ability to fund and introduce new and improved vehicle models that are able to attract a sufficient number of consumers; (3) the success of our full-size pick-up trucks and SUVs, which may be affected by increases in the price of oil; (4) global automobile market sales volume, which can be volatile; (5) aggressive competition in China; (6) the international scale and footprint of our operations which exposes us to a variety of domestic and foreign political, economic and regulatory risks, including the risk of changes in existing, the adoption of new, or the introduction of novel interpretations of, laws regulations, policies or other activities of governments, agencies and similar organizations particularly laws, regulations and policies relating to free trade agreements, vehicle safety including recalls, and, including such actions that may affect the production, licensing, distribution or sale of our products, the cost thereof or applicable tax rates; (7) our joint ventures, which we cannot operate solely for our benefit and over which we may have limited control; (8) our ability to comply with extensive laws and regulations applicable to our industry, including those regarding fuel economy and emissions; (9) costs and risks associated with litigation and government investigations including the potential imposition of damages, substantial fines, civil lawsuits and criminal penalties, interruptions of business, modification of business practices, equitable remedies and other sanctions against us in connection with various legal proceedings and investigations relating to our various recalls; (10) our ability to comply with the terms of the DPA; (11) our ability to maintain quality control over our vehicles and avoid material vehicle recalls and the cost and effect on our reputation and products; (12) the ability of our suppliers to deliver parts, systems and components without disruption and at such times to allow us to meet production schedules; (13) our dependence on our manufacturing facilities around the world; (14) our highly competitive industry, which is characterized by excess manufacturing capacity and the use of incentives and the introduction of new and improved vehicle models by our competitors; (15) our ability to realize production efficiencies and to achieve reductions in costs as we implement operating effectiveness initiatives throughout our automotive operations; (16) our ability to successfully restructure our operations in various countries; (17) our ability to manage risks related to security breaches and other disruptions to our vehicles, information technology networks and systems; (18) our continued ability to develop captive financing capability through GM Financial; (19) significant increases in our pension expense or projected pension contributions resulting from changes in the value of plan assets, the discount rate applied to value the pension liabilities or mortality or other assumption changes; (20) significant changes in economic, political, regulatory environment, market conditions, foreign currency exchange rates or political stability in the countries in which we operate, particularly China, with the effect of competition from new market entrants and in the United Kingdom with passage of a referendum to discontinue membership in the European Union; and (21) risks and uncertainties associated with the consummation of the sale of Opel/Vauxhall to the PSA Group, including satisfaction of the closing conditions.. We caution readers not to place undue reliance on forward-looking statements. We undertake no obligation to update publicly or otherwise revise any forward-looking statements, whether as a result of new information, future events or other factors that affect the subject of these statements, except where we are expressly required to do so by law. GM's Investor Relations website at http://www.gm.com/investors contains a significant amount of information about GM, including financial and other information for investors. GM encourages investors to visit our website, as information is updated and new information is posted.

**Jim Cain**
GM Communications
Mobile 313-407-2843
james.cain@gm.com



2017 Chevrolet Trax



# Downloads

Sales release [pdf file]
Deliveries [pdf file]
Deliveries [xlsx file]

- Twitter Tools

**Follow on Twitter**

- @Chevrolet
- @Buick
- @ThisisGMC
- @Cadillac
- @Onstar

# Contact

**Jim Cain**


GM Communications
Mobile 313-407-2843
james.cain@gm.com