# Exhibit 57



**2 0 1 2   A N N U A L   R E P O R T**





2014

1963

1959

CHEVROLET CORVETTE STINGRAY 

## PASSION. PRECISION. PERFORMANCE.

Our success begins and ends with people who have a passion for great cars and trucks ... a pride in getting everything just right ... a commitment to perform our best for the people who put their trust in us.

From here, there are no finish lines. There's only



Please go to www.gmannualreport.com to view our new online annual report — a view of our year, our strategy, our vehicles and more.

         

# FINANCIAL CONTENTS

12   Vehicle Sales and Net Revenue

13   Reconciliation of Non-GAAP Measures

14   Board of Directors and Management Team

15   Market for Registrant's Common Equity, Related Stockholder Matters
     and Issuer Purchases of Equity Securities

16   Selected Financial Data

18   Management's Discussion and Analysis of Financial Condition and Results of Operations

63   Quantitative and Qualitative Disclosures About Market Risk

70   Financial Statements and Supplementary Data

70   Consolidated Income Statements

71   Consolidated Statements of Comprehensive Income

72   Consolidated Balance Sheets

73   Consolidated Statements of Cash Flows

74   Consolidated Statements of Equity

75   Notes to Consolidated Financial Statements

177  Controls and Procedures



DANIEL F. AKERSON
Chairman & Chief Executive Officer
*with the 2014 Cadillac CTS*

## TO OUR STOCKHOLDERS:

Last year, I closed my letter to you by talking about how GM was changing its processes and culture in order to build the best vehicles in the world much more efficiently and profitably. This year, I want to pick up where I left off, and articulate what success looks like for you as stockholders, and for everyone else who depends on us. »

## Disclosure Controls and Procedures

We maintain disclosure controls and procedures designed to provide reasonable assurance that information required to be disclosed in reports filed under the Securities Exchange Act of 1934, as amended (Exchange Act) is recorded, processed, summarized and reported within the specified time periods and accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate to allow timely decisions regarding required disclosure.

Our management, with the participation of our Chairman and CEO and Senior Vice President and CFO, evaluated the effectiveness of our disclosure controls and procedures (as defined in Rules 13a-15(e) or 15d-15(e) promulgated under the Exchange Act) at December 31, 2012. Based on these evaluations, our CEO and CFO concluded that our disclosure controls and procedures required by paragraph (b) of Rules 13a-15 or 15d-15 were effective as of December 31, 2012.

## Management's Report on Internal Control over Financial Reporting

Our management is responsible for establishing and maintaining effective internal control over financial reporting as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act. This system is designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of consolidated financial statements for external purposes in accordance with U.S. GAAP. Because of the inherent limitations of internal control over financial reporting, including the possibility of collusion or improper management override of controls, misstatements due to error or fraud may not be prevented or detected on a timely basis.

Our management performed an assessment of the effectiveness of our internal control over financial reporting at December 31, 2012, utilizing the criteria discussed in the "Internal Control - Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission. The objective of this assessment was to determine whether our internal control over financial reporting was effective at December 31, 2012. Based on management's assessment, we have concluded that our internal control over financial reporting was effective at December 31, 2012.

The effectiveness of our internal control over financial reporting has been audited by Deloitte & Touche LLP, an independent registered public accounting firm, as stated in its report which is included herein.

## Changes in Internal Controls

There have not been any changes in our internal control over financial reporting during the three months ended December 31, 2012 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

| /s/ DANIEL F. AKERSON | /s/ DANIEL AMMANN |
|---|---|
| Daniel F. Akerson | Daniel Ammann |
| Chairman and Chief Executive Officer | Senior Vice President and Chief Financial Officer |
| February 15, 2013 | February 15, 2013 |

\* \* \* \* \* \* \*

# GENERAL INFORMATION

**COMMON STOCK**
GM common stock, $0.01 par value, is listed on the New York Stock Exchange and the Toronto Stock Exchange.

Ticker symbol:
GM - New York Stock Exchange
GMM - Toronto Stock Exchange

**PREFERRED STOCK**
4.75% GM Series B mandatory convertible junior preferred stock, $0.01 par value

Ticker symbol: GM PR B - New York Stock Exchange

**ANNUAL MEETING**
The GM Annual Meeting of Stockholders will be held at 9:30 a.m. ET on Thursday, June 6, 2013, in Detroit, Michigan.

**STOCKHOLDER ASSISTANCE**
Stockholders of record requiring information about their accounts should contact:
Computershare Trust Company, N.A.
General Motors Company
P.O. Box 43078
Providence, RI 02940-3078

888-887-8945 or 781-575-3334 (from outside the United States, Canada or Puerto Rico)

Computershare representatives are available Monday through Friday from 9 a.m. to 6 p.m. ET. Automated phone service and the Computershare website at www.computershare.com/gm are always available.

For other information, stockholders may contact:
GM Stockholder Services
General Motors Company
Mail Code 482-C25-A36
300 Renaissance Center
P.O. Box 300
Detroit, MI 48265-3000
313-667-1500

**ELECTRONIC DELIVERY OF ANNUAL MEETING MATERIALS**
Stockholders may consent to receive their GM annual report and proxy materials via the Internet. Stockholders of record may enroll at www.computershare.com/gm. If your GM stock is held through a broker, bank or other nominee, contact it directly.

**SECURITIES AND INSTITUTIONAL ANALYST QUERIES**
GM Investor Relations
General Motors Company
Mail Code 482-C29-D36
300 Renaissance Center
P.O. Box 300
Detroit, MI 48265-3000
313-667-1669

**AVAILABLE PUBLICATIONS**
GM's Annual Report, Proxy Statement, Forms 10-K and 10-Q and Winning With Integrity (code of conduct) are available online at www.gm.com/investor.

Printed copies may be requested on our website or from GM Stockholder Services at the address listed above (allow four to six weeks for delivery of materials).

**VISIT GM ON THE INTERNET**
Learn more about General Motors vehicles and services on our website at www.gm.com.

**GM CUSTOMER ASSISTANCE CENTERS**
Satisfaction with your entire ownership experience is important to us. To request product information or to receive assistance with your vehicle, please contact the appropriate brand via phone or Twitter:

Buick: 800-521-7300
or @BuickCustCare

Cadillac: 800-458-8006
or @CadillacCustSvc

Chevrolet: 800-222-1020
or @ChevyCustCare

GMC: 800-462-8782
or @GMCCustCare

HUMMER: 800-732-5493
or @GMCustomerSvc

Oldsmobile: 800-442-6537
or @GMCustomerSvc

Pontiac: 800-762-2737
or @GMCustomerSvc

Saab: 800-955-9007
or @GMCustomerSvc

Saturn: 800-553-6000
or @GMCustomerSvc

GM of Canada: 800-263-3777

GM Mobility: 800-323-9935

**OTHER PRODUCTS AND SERVICES**
GM Card: 800-846-2273
OnStar: 888-667-8277

**PRINCIPAL OFFICE**
General Motors Company
300 Renaissance Center
P.O. Box 300
Detroit, MI 48265-3000
313-556-5000

Please go to www.gmannualreport.com to view our new online annual report — a view of our year, our strategy, our vehicles and more.



GENERAL MOTORS COMPANY
300 Renaissance Center
P.O. Box 300
Detroit, MI 48265-3000
*www.gm.com*





 Printed on paper that consists of at least 10%
post-consumer fiber