IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MELISSA KIRIACOPOULOS, CRAIG JOHNSON, BEVERLY TREVETHAN, SARAH BURNS, GERALYN DARR, STEVE FIENE, THOMAS GRAHAM, ADARIUS BLAKE and AMY HENNING, individually,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:22-cv-10785<br><br>Hon. Mark A. Goldsmith<br>Magistrate Judge Elizabeth A. Stafford |

## STIPULATION OF DISMISSAL

The Parties (collectively Plaintiffs Melissa Kiriacopoulos, Craig Johnson, Beverly Trevethan, Sarah Burns, Geralyn Darr, Steve Fiene, Thomas Graham, Adarius Black, and Amy Henning, individually ("Named Plaintiffs"), and Defendant General Motors LLC) hereby stipulate, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismissal of this Action in its entirety, with prejudice as to all Named Plaintiffs, and without prejudice as to any claims of the putative class. Each party shall be responsible for its respective costs and fees that are due, if any.

SO ORDERED.

Dated: April 3, 2024
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**IT IS SO STIPULATED**.

Dated: March 26, 2024

| | |
|---|---|
| /s/ *Steve W. Berman*<br>Steve W. Berman<br>Jerrod C. Patterson<br>HAGENS BERMAN SOBOL<br>SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br><br>E. Powell Miller (P39487)<br>Emily E. Hughes (P68724)<br>THE MILLER LAW FIRM PC<br>950 W. University Dr., Ste. 300<br>Rochester, MI 48307<br>Telephone: (248) 841-2200<br>Facsimile: (248) 652-2852<br>epm@millerlawpc.com<br>eeh@millerlawpc.com<br><br>*Attorneys for Individual Plaintiffs* | /s/ *John Nadolenco*<br>John Nadolenco<br>Daniel D. Queen<br>MAYER BROWN LLP<br>333 South Grand Avenue, 47th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 229-9500<br>jnadolenco@mayerbrown.com<br>dqueen@mayerbrown.com<br><br>Janet L. Conigliaro (P72629)<br>DYKEMA GOSSETT PLLC<br>400 Renaissance Center<br>Detroit, MI 48243<br>Telephone: (313) 568-5372<br>Facsimile: (855) 262-6803<br>jconigliaro@dykema.com<br><br>John M. Thomas (P31403)<br>Krista L. Lenart (P59601)<br>DYKEMA GOSSETT PLLC<br>2723 South State St., Ste. 400<br>Ann Arbor, MI 48104<br>Telephone: (734) 214-7660<br>JThomas@dykema.com<br>KLenart@dykema.com<br><br>Archis A. Parasharami<br>MAYER BROWN LLP<br>1999 K Street, NW<br>Washington, DC 20006-1101<br>Telephone: (202)263-3000<br>aparasharami@mayerbrown.com<br><br>*Attorneys for General Motors LLC* |

## CERTIFICATE OF SERVICE

I, Steve W. Berman, an attorney, hereby certify that on March 26, 2024, I served the above and foregoing on all counsel of record by filing it electronically with the Clerk of the Court using the CM/ECF filing system.

>  /s/ Steve W. Berman
> Steve W. Berman
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 1301 Second Avenue, Suite 2000
> Seattle, WA 98101
> Telephone: (206) 623-7292
> Facsimile: (206) 623-0594
> steve@hbsslaw.com